RELATED DDJ

Victoria Tenisha Shanae Dillihunt (Full Name)

dillihuntvictoria@yahoo.com (Email Address)

12035 S Broadway # K (Address Line 1)    Homeless this is old address

Los Angeles CA, 90061 (Address Line 2)

No Phone (Phone Number)

Plaintiff in Pro Per

**FILED**
CLERK, U.S. DISTRICT COURT

1/20/24

CENTRAL DISTRICT OF CALIFORNIA
BY: eee DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Victoria Tenisha Shanae Dillihunt
_____ ,

Plaintiff,

vs.

Anthony Anderson

Muhammad Ali Jr

Albuquerque International Support

Southwest Airlines

Defendant(s).

**Case No.:** _____
(To be supplied by the Clerk)

**Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non-prisoners)**

**Jury Trial Demanded:** ☒Yes ☐ No

*(All paragraphs and pages must be numbered.)*

# I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

# II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because _____ The situation took place in County of plaintiff's residence _____

_____

*Form prepared by Public Counsel. © 2010, 2023 Public Counsel. All rights reserved. Revised: October 2023*

Civil Rights Complaint Pursuant to U.S.C. § 1983

### III. PARTIES

3.    Plaintiff _____ Victoria Tenisha Shanae Dillihunt _____ resides at:

*(your full name)*

12035 S. Broadway #K

Los Angeles CA, 90061 .

*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant _____ Anthony Anderson _____ works at

*(full name of Defendant)*

10880 Wilshire Boulevard Suite 1000. Los Angeles, CA 90024 .

*(Defendant's place of work)*

Defendant's title or position is ___ Just a Kid from Compton Productions, Inc. .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity              ☐ official capacity

This Defendant was acting under color of law because: defendant is a part of the charades of witchcraft. Ex: Defendant has the same last name as my mother and she's Jehovah Witness. So it still can represent JayZ(Hova)

5. Defendant _____ Muhammad Ali Jr _____ works at

*(full name of Defendant)*

144 N 6th Street Louisville, KY 40202-2939 .

*(Defendant's place of work)*

Defendant's title or position is ___ Muhammad Ali Center (Museum) .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity              ☐ official capacity

This Defendant was acting under color of law because: defendant is a part of the charades of witchcraft. Ex: Son of professional Boxer however he'll still symbolize Muslim as for Muhammad's name

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant *Albuquerque International Sunport* works at
*Insert ¶ #*                          *(full name of Defendant)*

*2200 Sunport Boulevard SE, Albuquerque, New Mexico* .
*(Defendant's place of work)*

Defendant's title or position is *Associate Director Peter H. Pirotti*
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because *defendant is a part of the charades of witchcraft. New Mexico was a part of the Crown of Castile*

___. Defendant *Southwest Airlines* works at
*Insert ¶ #*                          *(full name of Defendant)*

*2702 Love Field Dr, Dallas, TX 75235*
*(Defendant's place of work)*

Defendant's title or position is *CEO Bob Jordan*
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because *defendant is a part of the charades of witchcraft. Ex: Southwest symbolizes South America & Italy. Airlines symbolizes Buenos Aires meaning good Air. Love Field Dr symbolizes Perversion because God is love, God is the first Doctor, and the garden was his field however now Doctors are playing like they're God however their master degree is given by man.*

Page Number (29)

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant RBC/Disney Transportation works at
*Insert ¶ #*                    *(full name of Defendant)*

2439 Empire Ave, Burbank CA 91504
                    *(Defendant's place of work)*

Defendant's title or position is CEO: Robert A. Iger
                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity           ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft.

___. Defendant Hasbro Studios & Product Development works at
*Insert ¶ #*                    *(full name of Defendant)*

3333 Empire Ave Burbank CA 91504
                    *(Defendant's place of work)*

Defendant's title or position is CEO: Chris Cocks
                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity           ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft.

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant The Disney Theatrical Group (Buena Vista Theatrical Group) works at
*Insert ¶ #*                        *(full name of Defendant)*

214 West 42nd Street, Manhattan, NY .
                        *(Defendant's place of work)*

Defendant's title or position is Entertainment
                                *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft.

_____

_____

_____

___. Defendant Lincoln Center for the Performing Arts    works at
*Insert ¶ #*                        *(full name of Defendant)*

10 Lincoln Center Plaza New York NY 10023
                        *(Defendant's place of work)*

Defendant's title or position is Entertainment
                                *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft.

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant General Motors _____ works at

*Insert ¶ #*            *(full name of Defendant)*

300 Renaissance Center 11 Detroit, MI 48243 .

*(Defendant's place of work)*

Defendant's title or position is President: Mark Reuss .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft.

_____

_____

_____

___. Defendant Detroit Institute of Arts _____ works at

*Insert ¶ #*            *(full name of Defendant)*

5200 Woodward Ave  Detroit Michigan .

*(Defendant's place of work)*

Defendant's title or position is Director : Salvador Salort-Pons .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft.

_____

_____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Sanford Pentagon_ works at
*Insert ¶ #*                *(full name of Defendant)*

_2210 W. Pentagon Place Sioux Falls, South Dakota_.
                        *(Defendant's place of work)*

Defendant's title or position is _Indoor Arena_.
                              *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _defendant is a_
_part of the charade of witchcraft_

___. Defendant _Toyota Center_ works at
*Insert ¶ #*                *(full name of Defendant)*

_1510 Polk Street Houston, Texas_.
                        *(Defendant's place of work)*

Defendant's title or position is _Stadium_.
                              *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _defendant is a part_
_of the charade of witchcraft_

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant _Waco, Texas_____ works at
_Insert ¶ #_    *(full name of Defendant)*

2    300 Austin Ave Waco, TX 76702_____
3            *(Defendant's place of work)*

4
5    Defendant's title or position is _City Hall (Re: Mayor)_____
                        *(Defendant's title or position at place of work)*

6    This Defendant is sued in his/her (check one or both):

7        ☐ individual capacity        ☑ official capacity

8

9    This Defendant was acting under color of law because _defendant is a part of_

10   _the charades of witchcraft_____

11   _____

12   _____

13

14

15

16   ___. Defendant _Tommy The Clown_____ works at
_Insert ¶ #_    *(full name of Defendant)*

17
18   13626 S. Normandie Ave, Gardena CA 90249_____
            *(Defendant's place of work)*

19
20   Defendant's title or position is _Dancer_____
                        *(Defendant's title or position at place of work)*

21

22

23   This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity        ☑ official capacity

25   This Defendant was acting under color of law because _defendant is a part of_

26   _the charades of witchcraft. Ex: Some of the dances are a part_

27   _of the witchcraft that others have used to lure the people, put them_

28   _in a hypnosis state subconsciously, and then the dances are repeated_

     _by their followers._

                    _____
                    Page Number

            Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant **Mohegan Sun** works at
*Insert ¶ #*                    *(full name of Defendant)*

**1 Mohegan Sun Boulevard Uncasville, Connecticut 06382** .
*(Defendant's place of work)*

Defendant's title or position is **Casino**
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☒ official capacity

This Defendant was acting under color of law because **defendants are a part of the charade of witchcraft**

___. Defendant **Orlando Magic** works at
*Insert ¶ #*                    *(full name of Defendant)*

**400 W. Church St Orlando FL 32801** .
*(Defendant's place of work)*

Defendant's title or position is **Basketball Team (Re: Anthony Parker)**.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☒ official capacity

This Defendant was acting under color of law because **defendant is a part of the charade of witchcraft**

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant Marlborough District Council                                  works at
    *Insert ¶ #*                    *(full name of Defendant)*

2
3   15 Seymour Street, Blenheim Central, Blenheim        New Zealand.
                            *(Defendant's place of work)*

4

5   Defendant's title or position is Mayor Nadine Taylor
                                    *(Defendant's title or position at place of work)*

6   This Defendant is sued in his/her (check one or both):

7
8          ☐ individual capacity            ☑ official capacity

9
10  This Defendant was acting under color of law because defendant is a part of
    the charades of witchcraft.

11

12

13

14

15

16
17  ___. Defendant Centre of Contemporary Art (CoCA)           works at
    *Insert ¶ #*                    *(full name of Defendant)*

18  66 Gloucester Street, Christchurch 8140 (P.O. Box 772) New Zealand.
                            *(Defendant's place of work)*

19

20  Defendant's title or position is Contemporary Art Center
21                                  *(Defendant's title or position at place of work)*

22

23  This Defendant is sued in his/her (check one or both):

24         ☐ individual capacity            ☑ official capacity

25  This Defendant was acting under color of law because defendant is a part of
26  the charades of witchcraft.

27

28

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant **PeeWee Herman's Horse** works at
*Insert ¶ #*                                         (full name of Defendant)

**1848 Oxley St Pasadena 91030**
(Defendant's place of work)

Defendant's title or position is **Actor's (Landmark)**
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because **defendant is a part of the charades of witchcraft**

_____

_____

_____

___. Defendant **Charmed House** works at
*Insert ¶ #*                                    (full name of Defendant)

**1329 Carrol Ave Los Angeles CA 90026**
(Defendant's place of work)

Defendant's title or position is **(LandMark) Witchery**
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because **defendant is a part of the charades of witchcraft. Ex: Charmed is about magic**

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant _Chicken Soup For The Saul Entertainment Inc_ works at

2   Insert ¶ #                    (full name of Defendant)

3   _132 E Putnam Ave FL 2W, Cos Cob, Connecticut, 06807_

    (Defendant's place of work)

4

5   Defendant's title or position is _CEO: William J. Rouhana Jr_

6                    (Defendant's title or position at place of work)

7   This Defendant is sued in his/her (check one or both):

8   ☐ individual capacity              ☒ official capacity

9

10  This Defendant was acting under color of law because _defendant is a part of_
    _the charades of witchcraft._

11

12

13

14

15

16  ___. Defendant _Scholastic_

17  Insert ¶ #                    (full name of Defendant)        works at

18  _Scholastic Building, 557 Broadway, New York City New York 10012_

                        (Defendant's place of work)

19

20  Defendant's title or position is _Childrens Education CEO: Peter Warwick_

21                    (Defendant's title or position at place of work)

22

23  This Defendant is sued in his/her (check one or both):

24  ☐ individual capacity              ☒ official capacity

25  This Defendant was acting under color of law because _defendant is a part of_
    _the charades of witchcraft._

26

27

28

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant University of Music and Performing Arts Vienna works at

2   *Insert ¶ #*                                                *(full name of Defendant)*

3   Anton-von-Webern-Platz 1, 1030 Wien, Austria

    *(Defendant's place of work)*

4

5   Defendant's title or position is Head Master : Ulrike Sych

6                                                      *(Defendant's title or position at place of work)*

7   This Defendant is sued in his/her (check one or both):

8        ☐ individual capacity              ☒ official capacity

9

10  This Defendant was acting under color of law because defendant is a part of

11  the charade of witchcraft.

12  _____

13  _____

14

15

16  ___. Defendant Royal College of Music                              works at

17  *Insert ¶ #*                                *(full name of Defendant)*

18  Prince Consort Road, London SW7 2BS, United Kingdom

19                                 *(Defendant's place of work)*

20

21  Defendant's title or position is Chairman : Guy Black, Baron Black of Brentwood

                                           *(Defendant's title or position at place of work)*

22

23  This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity              ☒ official capacity

25  This Defendant was acting under color of law because defendant is a part of the

26  charade of witchcraft.

27  _____

28  _____

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant _Superbowl-Sun City_____ works at
2  *Insert ¶ #*                    *(full name of Defendant)*
3  _R556, Sun City, North West, 0310, South Africa_
                                *(Defendant's place of work)*
4

5  Defendant's title or position is _CEO_____
6                                  *(Defendant's title or position at place of work)*

7  This Defendant is sued in his/her (check one or both):
8      ☐ individual capacity            ☒ official capacity

9  This Defendant was acting under color of law because _defendant is part of the_
10  _charades of witchcraft. Ex: Sun symbolizes Satan_
11
12
13
14
15

16  ___. Defendant _The Magic Company_____ works at
17  *Insert ¶ #*                    *(full name of Defendant)*
18  _Sun City Casino, Rustenburg, 0316, South Africa_
19                                *(Defendant's place of work)*
20  Defendant's title or position is _CEO_____
21                                  *(Defendant's title or position at place of work)*
22

23  This Defendant is sued in his/her (check one or both):
24      ☐ individual capacity            ☒ official capacity

25  This Defendant was acting under color of law because _defendant is part of the_
26  _charades of witchcraft Ex; This is how Italy & Rome blackmailing_
27  _the Blacks & saying it's us who are the problem on behalf_
28  _of Israel & Africa being Mother Land._

---
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant Port Elizabeth Escape Rooms ___ works at
2    Insert ¶ #                    (full name of Defendant)
3    Marine Dr, Summerstrand, Gqeberha, 6030, South Africa .
                    (Defendant's place of work)

4

5    Defendant's title or position is CEO

6                            (Defendant's title or position at place of work)

7    This Defendant is sued in his/her (check one or both):

8        ☐ individual capacity          ☒ official capacity

9

10   This Defendant was acting under color of law because defendant is part of the

11   charades of witchcraft. Ex: Check out the names of the rooms that

12   are tied to this slavery systems: ① Cargo (symbolize slaves coming to America), ② Ghost ship

13   quest (symbolize The Journey) & ③ Prison Break (symbolizes entrapment/slavery)

14

15

16   ___. Defendant Wild Coast ___ works at
17   Insert ¶ #                    (full name of Defendant)
18   Main Bizana Road, Port Edward, 4295, South Africa
                        (Defendant's place of work)

19

20   Defendant's title or position is CEO

21                            (Defendant's title or position at place of work)

22

23   This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity          ☒ official capacity

25   This Defendant was acting under color of law because defendant is part of the

26   charades of witchcraft. Ex: South Africa would be Wild Coast because

27   here you see a Game that symbolizes a struggle to overcome a

28   bondage that's been taking place for decades on top of the
     fact that S. Africa is partaking in BRICS which entangles us
     in a connection that has to ___ be severed.
                            Page Number

     Civil Rights Complaint Pursuant to U.S.C. § 1983

1     ___. **Defendant** Marco Antonio Muñiz (Marc Anthony) **works at**

2     Insert ¶ #              *(full name of Defendant)*

3     9000 West Sunset Blvd. Penthouse West Hollywood CA, 90069

                                       *(Defendant's place of work)*

5     **Defendant's title or position is** Artist

                                         *(Defendant's title or position at place of work)*

7     **This Defendant is sued in his/her (check one or both):**

8          ☐ **individual capacity**           ☒ **official capacity**

10     **This Defendant was acting under color of law because** defendant is a part of

11     the charades of witchcraft. Ex: Marc Anthony symbolize marking

12     Anthony however Anthony is another way of saying "Antonio"

17     ___. **Defendant** Disneyland, Paris           **works at**

    Insert ¶ #              *(full name of Defendant)*

18     77777 Marne La Vallée, France

                                 *(Defendant's place of work)*

20     **Defendant's title or position is** Magical Theme Park

                                    *(Defendant's title or position at place of work)*

23     **This Defendant is sued in his/her (check one or both):**

24          ☐ **individual capacity**           ☑ **official capacity**

25     **This Defendant was acting under color of law because** defendant is a part

26     of the charades of witchcraft. Ex: There are 11 Kingdoms, 6 are

27     Disney & 5 are Universal (Disney has 2 in America & 4

28     overseas, Universal have 2 in America & 3 overseas

                                 Page Number

1  ____. **Defendant** Shanghai Disney Resort _____ works at
2  *Insert ¶ #*
3  4MV5+94b, Pu DongXin Qu, Shang Hai Shi, China, 201205
   *(Defendant's place of work)*
4
5  **Defendant's title or position is** Magical Theme Park
6  *(Defendant's title or position at place of work)*
7  **This Defendant is sued in his/her (check one or both):**
8      ☐ individual capacity          ☒ official capacity
9
10 **This Defendant was acting under color of law because** defendant is a part of
11 the charades of witchcraft. Ex: There are 11 Kingdoms, 6 are
12 Disney & 5 are Universal (Disney have 2 in America & 4 are
13 overseas, Universal Have 2 in America & 3 overseas
14
15
16
17 ____. **Defendant** Tokyo Disney Resort (Disneyland) ___ works at
   *Insert ¶ #*
18 1-1 Maihama, Urayasu, Chiba 279-0031, Japan
19 *(Defendant's place of work)*
20
21 **Defendant's title or position is** Magical Theme Park
   *(Defendant's title or position at place of work)*
22
23 **This Defendant is sued in his/her (check one or both):**
24      ☐ individual capacity          ☒ official capacity
25 **This Defendant was acting under color of law because** defendant is a part
26 of the charades of witchcraft. Ex: There are 11 Kingdoms,
27 6 are Disney & 5 are Universal (Disney have 2 in America & 4
28 overseas, Universal have 2 in America & 3 overseas

**Page Number**

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ____. Defendant _Hong Kong Disneyland_____ works at
2  Insert ¶ #                    (full name of Defendant)
3  20/F Shell Tower, Times Square, 1 Matheson St, Causeway Ba Eastern District Hongkong (SAR)
4                    (Defendant's place of work)

5  Defendant's title or position is _Hong Kong Disneyland Management Ltd_
6                    (Defendant's title or position at place of work)
7  This Defendant is sued in his/her (check one or both):
8         ☐ individual capacity        ☑ official capacity

9
10  This Defendant was acting under color of law because _defendant is a part of_
11  the charades of witchcraft. Ex: There are 11 Kingdoms, 6 are Disney
12  & 5 are Universal (Disney has 2 in America & 4 overseas, Universal
13  have 2 in America & 3 overseas

14
15
16
17  ____. Defendant _Universal Studios Japan_____ works at
    Insert ¶ #                    (full name of Defendant)
18  2-chōme-1-33 Sakurajima, Konohana Ward, Osaka, 554-0031, Japan
19                    (Defendant's place of work)

20
21  Defendant's title or position is CEO: J. L. Bonner
22                    (Defendant's title or position at place of work)

23  This Defendant is sued in his/her (check one or both):
24         ☐ individual capacity        ☑ official capacity
25  This Defendant was acting under color of law because _defendant is a part of_
26  the charades of witchcraft. Ex: There are 11 Kingdoms, 6 are
27  Disney & 5 are Universal (Disney have 2 in America & 4 overseas,
28  Universal Have 2 in America & 3 overseas

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. **Defendant** <u>Universal Studios Singapore</u>                    works at
   *Insert ¶ #*                        *(full name of Defendant)*
2
3  <u>8 Sentosa Gateway, Singapore 098269</u>
                                *(Defendant's place of work)*
4

5  **Defendant's title or position is** <u>Owner: Genting Singapore (NBC Universal)</u>.
                                        *(Defendant's title or position at place of work)*
6
7  **This Defendant is sued in his/her (check one or both):**

8       ☐ **individual capacity**              ☒ **official capacity**

9
10 **This Defendant was acting under color of law because** <u>defendant is a part of</u>
11 <u>the charades of witchcraft. Ex: There are 11 Kingdoms 6 are</u>
   <u>Disney & 5 are Universal (Disney have 2 in America & 4 overseas,</u>
12 <u>Universal have 2 in America & 3 overseas)</u>
13

14

15

16

17 ___. **Defendant** <u>Universal Beijing Resort</u>                    works at
   *Insert ¶ #*                        *(full name of Defendant)*
18 <u>Universal Beijing Resort, Li Yuan Zhen, Tongzhou District, Beijing</u>
19                              *(Defendant's place of work)*

20
21 **Defendant's title or position is** <u>Owner: Beijing Shouhuayan Cultural Tourism Investment</u>
                                        *(Defendant's title or position at place of work)*
                                        NBC Universal (Comcast)
22

23 **This Defendant is sued in his/her (check one or both):**

24      ☐ **individual capacity**              ☒ **official capacity**

25 **This Defendant was acting under color of law because** <u>defendant is a part of</u>
26 <u>the charades of witchcraft. Ex: There are 11 Kingdoms 6 are</u>
27 <u>Disney & 5 are Universal (Disney have 2 in America & 4 overseas,</u>
   <u>Universal have 2 in America & 3 overseas)</u>
28

**Page Number**

**Civil Rights Complaint Pursuant to U.S.C. § 1983**

1    ___. Defendant Rose Bowl Stadium        works at

    *Insert ¶ #*           *(full name of Defendant)*

2

3  1001 Rose Bowl Dr Pasadena CA 91103

                    *(Defendant's place of work)*

4

5  Defendant's title or position is   Stadium

                      *(Defendant's title or position at place of work)*

6

7  This Defendant is sued in his/her (check one or both):

    ☐ individual capacity          ☑ official capacity

8

9

10  This Defendant was acting under color of law because _defendant is caught_

in a charade of witchcraft. Ex: In Beauty and the Beast movie

11  the Beast had the rose in a glass as a timer to find True

12  LOVE and be turned back into a prince. Rose Bowl symbolizes the

13  same circumstance for America right now behind

14  witchcraft

15

16

17    ___. Defendant Ocean Network Express Pte. Ltd      works at

    *Insert ¶ #*           *(full name of Defendant)*

18  7 Straits View, #16-01 Marina One East Tower, Singapore 018936

                  *(Defendant's place of work)*

19

20  Defendant's title or position is CEO (Re: Jeremy Nixon)

                    *(Defendant's title or position at place of work)*

21

22

23  This Defendant is sued in his/her (check one or both):

24      ☐ individual capacity          ☑ official capacity

25  This Defendant was acting under color of law because _defendant is a part of_

26  the charade of witchcraft using shipping and transportation

27  _____

28  _____

1   ___. Defendant  *Budlight Beer (Anheuser Busch)*  works at
2   *Insert ¶ #*                (full name of Defendant)
3   *2814 S. 2nd St, Saint Louis, MO 63118*
                         (Defendant's place of work)

5   Defendant's title or position is  *Beverage Company*
                                (Defendant's title or position at place of work)

6   This Defendant is sued in his/her (check one or both):

7   ☐ individual capacity              ☑ official capacity

9   This Defendant was acting under color of law because  *the defendant*
10  *has Bud in his name symbolizing Buddha or marijuana*
11  *Worshipping the Beast*

16  ___. Defendant  *Venus Williams*  works at
17  *Insert ¶ #*                (full name of Defendant)
18  *40 Ballen Isles Country Club, 100 Ballen Isles Circle Palm Beach Gardens FL 33418*
                          (Defendant's place of work)

20  Defendant's title or position is  *Tennis Player*
                                (Defendant's title or position at place of work)

23  This Defendant is sued in his/her (check one or both):

24  ☐ individual capacity              ☑ official capacity

25  This Defendant was acting under color of law because  *the defendant*
26  *represents paganism which the occult of: Venus symbolize the*
27  *planet & goddess of Love. Venus occultism and astrology has multiple*
28  *levels of symbolism like: Being a goddess of victory, PROSTITUTION, adultery, luxury,*
    *jewelry, makeup, dancers, performers, poor eyesight, venereal diseases, loss of*
    *intelligence, lillies, apples, figs, ____ peaches, deer, panthers, black birds, copper,*
    *brass, green, etc (https://simonarich.com/occult-meaning-of-venus-this-planet-in-ancient-and-occult-writings/)*

Page Number
Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant The Really Useful Group Ltd _____ works at
*Insert ¶ #*                                (*full name of Defendant*)

6 Catherine St., London, WC2B 5JY, UK _____
                        (*Defendant's place of work*)

Defendant's title or position is Media (Re: Andrew Lloyd Webber) .
                                    (*Defendant's title or position at place of work*)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because defendant is an international company that is involved in theatre, film, video, concerts, merchandising, publishing etc for multiple theatres (ex: The Theatre Royal, Drury Lane that opened in 1663)

___. Defendant Shea's Performing Arts Center _____ works at
*Insert ¶ #*                                (*full name of Defendant*)

650 Main St, Buffalo, NY 14202 _____
                        (*Defendant's place of work*)

Defendant's title or position is Theatre _____
                                    (*Defendant's title or position at place of work*)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because Originally called Shea's Buffalo (Buli which is a Beast) was opened in 1926 to show silent movies

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant Ford Center at The Star _____ works at

2   Insert ¶ #                    (full name of Defendant)

3   9 Cowboys Way Frisco Texas _____
                              (Defendant's place of work)

5   Defendant's title or position is CEO Stephen Jones ( Ford Stadium )
                                    (Defendant's title or position at place of work)

7   This Defendant is sued in his/her (check one or both):

        ☐ individual capacity          ☑ official capacity

9   This Defendant was acting under color of law because defendant is

10  in the charades of witchcraft _____

11  _____

12  _____

13  _____

16  ___. Defendant AT & T Stadium _____ works at

17  Insert ¶ #                    (full name of Defendant)

18  1 AT&T Way Arlington Texas _____
                              (Defendant's place of work)

20  Defendant's title or position is ( AT&T Stadium )
                                    (Defendant's title or position at place of work)

23  This Defendant is sued in his/her (check one or both):

24      ☐ individual capacity          ☐ official capacity

25  This Defendant was acting under color of law because defendant is in

26  the charades of witchcraft _____

27  _____

28  _____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant _Soldierfield_____ works at
     Insert ¶ #           (full name of Defendant)
2
3    _1410 Special Olympics Drive Chicago Illinois____.
                       (Defendant's place of work)
4

5    Defendant's title or position is _Stadium_____
                              (Defendant's title or position at place of work)
6
7    This Defendant is sued in his/her (check one or both):

8        ☐ individual capacity        ☒ official capacity

9    This Defendant was acting under color of law because _defendant is_
10   _a part of charades of witchcraft_____
11
12   _____
13
14

15               (RE: Woody and Christopher Johnson)
16   ___. Defendant _New York Jets (Atlantic Health Training Center)_ works at
17   Insert ¶ #           (full name of Defendant)
18   _1 Jets Drive, Florham Park, NJ 07932_____
                       (Defendant's place of work)
19

20   Defendant's title or position is _JETS Training Camp_
21                             (Defendant's title or position at place of work)
22

23   This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity        ☒ official capacity

25   This Defendant was acting under color of law because _defendants are_
26   _caught in another parties charades of witchcraft_
27   _____
28   _____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Meadowlands Racing & Entertainment_ works at
*Insert ¶ #*                     *(full name of Defendant)*

_1 Racetrack Drive, East Rutherford NJ 07073_
*(Defendant's place of work)*

Defendant's title or position is _Horse Racing_
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because _defendant was_
_used in another parties charades of witchcraft_

_____

_____

_____

___. Defendant _Notre Dame Stadium_ works at
*Insert ¶ #*                     *(full name of Defendant)*

_2010 Moose Krause Circle Notre Dame, Indiana_
*(Defendant's place of work)*

Defendant's title or position is _Stadium_
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because _defendant was_
_used in another parties charades of witchcraft_

_____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___.  Defendant _Chris' Michaels Steakhouse_ works at
    *Insert ¶ #*                  *(full name of Defendant)*

2

3    _40 Oakwood Ave, Woodbridge, New Jersey, 07095_ .
                        *(Defendant's place of work)*

4

5    Defendant's title or position is _Food Chain_
                                    *(Defendant's title or position at place of work)*

6

7    This Defendant is sued in his/her (check one or both):

8        ☐ individual capacity         ☒ official capacity

9

10   This Defendant was acting under color of law because _defendant is a part_
    _of the charade of witchcraft_

11

12   _____

13   _____

14

15

16   ___.  Defendant _Churchills Steakhouse_ works at
    *Insert ¶ #*                  *(full name of Defendant)*

17

18   _166 S. Post St, Spokane Washington  99201_
                        *(Defendant's place of work)*

19

20   Defendant's title or position is _Food Chain_
                                    *(Defendant's title or position at place of work)*

21

22

23   This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity         ☒ official capacity

25   This Defendant was acting under color of law because _defendant is a part_
26   _of the charade of witchcraft_

27   _____

28   _____

                        _____
                        Page Number
            Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ____. Defendant _Phoenix Rising Soccer Stadium Office_ works at

2  *Insert ¶ #*                    *(full name of Defendant)*

3  _9035 E. Pima Center Parkway Suite #10 Scottsdale Arizona 85258_ .

      *(Defendant's place of work)*

4

5  Defendant's title or position is _Soccer Stadium (Re: Christopher Yeung)_ .

                              *(Defendant's title or position at place of work)*

6

7  This Defendant is sued in his/her (check one or both):

8       ☐ individual capacity                ☒ official capacity

9

   This Defendant was acting under color of law because _defendant is caught_

10 _in another parties charades of witchcraft._

11 _____

12 _____

13 _____

14

15

16 ____. Defendant _State of Arizona_ works at

17 *Insert ¶ #*                    *(full name of Defendant)*

18 _20 E. Ochoa St Tucson, AZ 85701_

                   *(Defendant's place of work)*

19

20 Defendant's title or position is _Senator (Re: Kyrsten Sinema)_

21                          *(Defendant's title or position at place of work)*

22

23 This Defendant is sued in his/her (check one or both):

24      ☐ individual capacity                ☒ official capacity

25 This Defendant was acting under color of law because _defendant is caught_

26 _in another parties charades of witchcraft based upon the names_

27 _of towns, places, parks, etc that's located in Arizona for example:_

28 _Phoenix, Sun City, Arizona Tea, etc & your last name Sinema (Sin or Cinema)_

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant  New York Rangers Hockey Club  works at

Insert ¶ #                          (full name of Defendant)

2 Pennsylvania Plaza New York N.Y. 10121

(Defendant's place of work)

Defendant's title or position is  Ice Hockey

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☒ official capacity

This Defendant was acting under color of law because  defendant was
used in another parties charade of witchcraft

_____

_____

_____

(Jakobsdottir)

___. Defendant  Katrin Jakobsdottir (ICELAND)  works at

Insert ¶ #                          (full name of Defendant)

Stjornarradshusid vid, Laekjartorg 101, Reykjavik

(Defendant's place of work)

Defendant's title or position is  Prime Minister

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☒ official capacity

This Defendant was acting under color of law because  defendant was
used in another parties charades of witchcraft. Symbolic for
Meth (Box 12)

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant Nazareth Ice Oasis                                  works at

Insert ¶ #                    *(full name of Defendant)*

2202 Bridgepointe Pkwy, San Mateo, CA 94404

*(Defendant's place of work)*

Defendant's title or position is Director of Assets: Michael Ohayon

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity              ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Their youth hocky name is San Mateo Blackstars & Lil Stars. It's owned by Nazareth Enterprises Inc (a real estate company) and its director of assets is Michael Ohayon which symbolizes mockery of Michael the arch angel fighting over the son of God who was born in a manger in Bethlehem and who came out of Nazareth.

___.  Defendant San Mateo on Ice                                  works at

Insert ¶ #                    *(full name of Defendant)*

50 E. 5th Ave, San Mateo, CA 94401

*(Defendant's place of work)*

Defendant's title or position is CEO: Peter Mott

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity              ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: San Mateo means Saint Matthew

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant Texas Rangers (Globe Life Field) works at
2    Insert ¶ #                    (full name of Defendant)
3    734 Stadium Drive, Arlington, TX 76011          .
                                    (Defendant's place of work)
4
5    Defendant's title or position is Baseball Coach          .
                                    (Defendant's title or position at place of work)
6
7    This Defendant is sued in his/her (check one or both):

        ☐ individual capacity          ☒ official capacity
8
9    This Defendant was acting under color of law because defendant is part of the
10   Charades of witchcraft. Ex:                              .
11   _____
12   _____
13   _____
14
15
16   ___. Defendant Sammy Sosa                          works at
17   Insert ¶ #                    (full name of Defendant)
18   2600 E Island Blvd PH3 Aventura FL 33160          .
                                    (Defendant's place of work)
19
20   Defendant's title or position is Baseball Player in Chicago          .
                                    (Defendant's title or position at place of work)
21
22
23   This Defendant is sued in his/her (check one or both):

        ☐ individual capacity          ☒ official capacity
24
25   This Defendant was acting under color of law because defendant is part of the
26   Charades of witchcraft. Ex:                              .
27   _____
28   _____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant National Football League _____ works at
     Insert ¶ #                    (full name of Defendant)
2
3    345 Park Ave   New York NY  10154_____.
                              (Defendant's place of work)
4
5    Defendant's title or position is American Football_____.
                                    (Defendant's title or position at place of work)
6
     This Defendant is sued in his/her (check one or both):
7
               ☐ individual capacity        ☒ official capacity
8
9    This Defendant was acting under color of law because defendant is a part of
10   the charades of witchcraft. Ex: NFL is the league. everybody
11   tries to get into straight from _____
12   _____
13   _____
14
15
16   ___. Defendant Rock Island, Illinois _____ works at
     Insert ¶ #                    (full name of Defendant)
17
18   1528 3rd Ave Rock Island, Illinois 61201_____
                              (Defendant's place of work)
19
20   Defendant's title or position is Mayor Mike Thomas_____.
                                    (Defendant's title or position at place of work)
21
22
     This Defendant is sued in his/her (check one or both):
23
               ☐ individual capacity        ☒ official capacity
24
25   This Defendant was acting under color of law because defendant is a part of
26   the charades of witchcraft. Example: Rock Island can symbolize
27   cain, crystals, etc because of its name which is still a
28   label

                         _____
                          Page Number
              Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Yonkers Raceway & Empire City Casino_____ works at

*Insert ¶ #*

_810 Yonkers Ave. Yonkers NY 10704_____.

*(full name of Defendant)*

*(Defendant's place of work)*

Defendant's title or position is _Yonkers Raceway_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _defendant was_
_a part of another parties charades of witchcraft_____

___. Defendant _PENN Entertainment_____ works at

*Insert ¶ #*

_825 Berkshire Blvd Wyomissing PA 19610_____.

*(full name of Defendant)*

*(Defendant's place of work)*

Defendant's title or position is _Casinos & Horse Racing_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _defendant was_
_a part of another parties charade of witchcraft_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Weed High School works at
Insert ¶ #                           (full name of Defendant)

909 Hillside Drive, Weed, Siskiyou County, CA 96094
                           (Defendant's place of work)

Defendant's title or position is Superintendent Mike Matheson
                           (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Their mascot is a cougar which is an animal in North America. However, in slang a cougar is a middle-aged woman seeking a younger male companion and the male version of a cougar is a manther which is an middle aged man seeking a younger female companion

___. Defendant National Collegiate Athletic Association works at
Insert ¶ #                           (full name of Defendant)

700 W. Washington St, P.O. Box 6222, Indianapolis, Indiana 46206
                           (Defendant's place of work)

Defendant's title or position is College Football
                           (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX: The mascots are giving power to the image of the beast by allowing a human to dress up as an animal.

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant _New York Giants_____ works at
     _Insert ¶ #_        *(full name of Defendant)*

2    _1925 Giants Drive, East Rutherford, NJ, 07073_____.
3                            *(Defendant's place of work)*

4
5    Defendant's title or position is _Football Team_____.
                                    *(Defendant's title or position at place of work)*

6    This Defendant is sued in his/her (check one or both):

7        ☐ individual capacity        ☒ official capacity

8
9    This Defendant was acting under color of law because _defendants are a_
10   _part of the charades of witchcraft_____
11   _____
12   _____
13   _____

14
15

16   ___. Defendant _Green Bay Packers_____ works at
     _Insert ¶ #_        *(full name of Defendant)*

17
18   _1265 Lombardi Ave, Green Bay, WI 54304_____.
19                          *(Defendant's place of work)*

20   Defendant's title or position is _Football Team (Re: Mark Murphy)_.
21                              *(Defendant's title or position at place of work)*

22
23   This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity        ☒ official capacity

25   This Defendant was acting under color of law because _defendants are_
26   _a part of the charades of witchcraft_____
27   _____
28   _____

---
_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant **Finders Keepers - Sun City** _____ works at

2    Insert ¶ #                          *(full name of Defendant)*

     **R55e, Sun City, 0316, South Africa**
3                                        *(Defendant's place of work)*

4

5    Defendant's title or position is **CEO Anthony Leeming from Sun International**.

                                        *(Defendant's title or position at place of work)*
6

     This Defendant is sued in his/her (check one or both):
7
           ☐ individual capacity          ☒ official capacity
8

9    This Defendant was acting under color of law because **defendant is part of the**

10   **charades of witchcraft. Ex: This is an example of what Europe did**

11   **to Africa and other nations. Like Scatter Africa and try to**

12   **replace her with a false motherland in the caribbeans. Ex: "In**

13   **San Diego you will find Motherland African Caribbean Plaza" also Sun**

14   **city is almost like calling you The Devil or Sin City indirectly**

15

16   ___. Defendant **Breakout Quest Sun City** _____ works at

17   Insert ¶ #                          *(full name of Defendant)*

     **Sun Central, R55e, Sun City, 0316, South Africa**
18                                       *(Defendant's place of work)*

19

20   Defendant's title or position is **CEO: Anthony Leeming from Sun International**.

21                                      *(Defendant's title or position at place of work)*

22

23   This Defendant is sued in his/her (check one or both):

24         ☐ individual capacity          ☒ official capacity

25   This Defendant was acting under color of law because **defendant is part of the**

26   **charades of witchcraft. Ex: This Breakout quest is a real live experience**

27   **for me with opposition in America & South America. This isn't**

28   **a game of Escape Rooms its my life people are toying with while**

**under the spells of other peoples sorcery as they violate, rob Blacks in America & Africa in order to** ___Page Number___ **displace us from taking back what is ours.**

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant Ion International Training Center ___ works at
    Insert ¶ #          *(full name of Defendant)*

2   19201 Compass Creek PKwy SE, Leesburg, VA 20175
                        *(Defendant's place of work)*

3

4   Defendant's title or position is CEO: Luiz Taifas of ICE RINK
5                                    *(Defendant's title or position at place of work)*

6   This Defendant is sued in his/her (check one or both):

7        ☐ individual capacity        ☒ official capacity

8

9   This Defendant was acting under color of law because defendant is a part of
10  the charades of witchcraft. Ex: Ion is an atom or molecule with
11  an electrical charge. however this is an Ice rink so there's
12  Sorcery added to this business

13

14

15

16  ___. Defendant Hyundai Motor Group (IONIQ) ___ works at
    Insert ¶ #          *(full name of Defendant)*

17

18  12 Heolleung-ro, Yangjae-dong, Seocho-gu, Seoul, South Korea.
                        *(Defendant's place of work)*

19

20  Defendant's title or position is Chief Designer SangYup Lee
                                    *(Defendant's title or position at place of work)*

21

22  This Defendant is sued in his/her (check one or both):

23       ☐ individual capacity        ☒ official capacity

24  This Defendant was acting under color of law because defendant is a part of
25  the charades of witchcraft. Ex: Ion is an atom or molecule with
26  an electrical charge. People are using Sorcery to attempt to stop
27  the Power of God from manifesting and Jesus taking what's his Like
28  His worship (singing) sang

                    _____
                    Page Number

            Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Terwilliger Brothers Field at Max Bishop Stadium_ works at
Insert ¶ #          *(full name of Defendant)*

_King George Street, Naval Academy, Maryland 21402_ .
          *(Defendant's place of work)*

Defendant's title or position is _Owned by United States Naval Academy_ .
          *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of the charades of witchcraft._

_____

_____

_____

___. Defendant _Prince George Stadium_ works at
Insert ¶ #          *(full name of Defendant)*

_4101 Northeast Crain Highway, Bowie, Maryland 20716_ .
          *(Defendant's place of work)*

Defendant's title or position is _Owned by Maryland-National Capital Park & Planning Commission_ .
          *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of the charades of witchcraft._

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983



*The Fall of Man*    *Fall Began September 23, 2023*

Robbery of Front Door - Temple (Body) and Temple (Residence) (Garden)
Using the Back Door - Perverting Sound, words, Sex, senses, etc.
Result = Serpent Steals, Kills, and Destroys

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

1. Genesis 3:1-24 ① Now the serpent who was more subtile
than any beast of the field which the LORD God had made.
And he said unto the woman, Yea, hath God said, Ye shall
not eat of every tree of the garden? ② And the woman said
unto the serpent, We may eat of the fruit of the trees of the
garden: ③ But of the fruit of the tree which is in the midst
of the garden, God hath said, Ye shall not eat of it, neither

2. shall ye touch it, lest ye die. ④ And the serpent said
unto the woman, Ye shall not surely die: ⑤ For God doth
know that the day ye eat thereof, then your eyes shall be
opened, and ye shall be as gods, knowing good and evil.
⑥ And when the woman saw that the tree was good for
food, and that it was pleasant to the eyes, and a tree
to be desired to make one wise, she took of the fruit thereof,

3. and did eat, and gave also unto her husband with
her; and he did eat ⑦ And the eyes of them both were opened,
and they knew that they were naked; and they sewed fig
leaves together, and made themselves aprons. ⑧ And they heard
the voice of the LORD God walking in the garden in the cool
of the day: and Adam and his wife hid themselves from the
presence of the LORD God amongst the trees of the garden.
⑨ And the LORD God called unto Adam, and said unto him, Where
art thou? ⑩ And he said, I heard thy voice in the garden, and

1
Page Number

1    **4** . I was afraid, because I was naked; and I hid myself.
2    ⑪ And he said, Who told thee that thou wast naked? Hast thou
3    eaten of the tree, whereof I commanded thee that thou
4    shouldest not eat? ⑫ And the man said, The woman whom thou
5    gavest to be with me, she gave me of the tree, and I did eat.
6    ⑬ And the LORD God said unto the woman, What is this that
7    thou hast done? And the woman said, The serpent beguiled
8    me, and I did eat. ⑭ And the LORD God said unto the serpent,
9

10    **5** . Because thou hast done this, thou art cursed above all
11    cattle, and above every beast of the field; upon thy belly
12    shalt thou go, and dust shalt thou eat all the days of thy
13    life. ⑮ And I will put enmity between thee and the woman, and
14    between thy seed and her seed; it shall bruise thy head, and
15    thou shalt bruise his heel. ⑯ Unto the woman he said, I will
16    greatly multiply thy sorrow and thy conception; in sorrow
17    thou shalt bring forth children, and thy desire shall be.
18

19    **6** . to thy husband, and he shall rule over thee. ⑰ And
20    unto Adam he said, Because thou hast hearkened unto the
21    voice of thy wife, and hast eaten of the tree, of which I
22    commanded thee, saying, Thou shalt not eat of it: cursed is
23    the ground for thy sake; in sorrow shalt thou eat of it all the
24    days of thy life; ⑱ Thorns also and thistles shall it bring forth
25    to thee; and thou shalt eat the herb of the field: ⑲ In the sweat
26    of thy face shalt thou eat bread, till thou return unto the ground;
27    for out of it wast thou taken: for dust thou art, and unto dust shalt t

**2**

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  7  the returns [20] And Adam called his wife's name Eve; because
   *Insert ¶ #*
2  she was the mother of all living. [21] Unto Adam also and to
3  his wife did the LORD God make coats of skins, and clothed
4  them. [22] And the LORD God said, Behold, the man is become
5  as one of us, to know good and evil; and now, lest he
6  put forth his hand, and take also of the tree of life, and
7  eat, and live for ever. [23] Therefore the LORD God sent him forth
8  from the garden of Eden, to till the ground from whence he was taken.
9
10  8  [24] So he drove out the man; and he placed at the east of the
    *Insert ¶ #*
11  garden of Eden Cherubim, and a flaming sword which turned
12  every way, to keep the way of the tree of life. Genesis 4:1-26
13  (Cain and Abel) [1] And Adam knew Eve his wife; and she conceived,
14  and bare Cain, and said, I have gotten a man from the LORD.
15  [2] And she again bare his brother Abel. And Abel was a keeper of
16  sheep, but Cain was a tiller of the ground. [3] And in process of
17  time it came to pass, that Cain brought of the fruit of the
18
19  9  ground an offering unto the LORD. [4] And Abel, he also
    *Insert ¶ #*
20  brought of the firstlings of his flock and of the fat thereof.
21  And the LORD had respect unto Abel and to his offering. [5] But
22  unto Cain and to his offering he had not respect. And Cain
23  was very wroth, and his countenance fell. [6] And the LORD
24  said unto Cain, Why art thou wroth? and why is thy countenance
25  fallen? [7] If thou doest well, shalt thou not be accepted? and
26  if thou doest not well, sin lieth at the door. And unto thee shall
27  be his desire, and thou shalt rule over him. [8] And Cain talked
28

10 . with Abel his brother: and it came to pass, when they
*Insert ¶ #*
were in the field, that Cain rose up against Abel his brother,
and slew him. ⑨And the LORD said unto Cain, Where is Abel
thy brother? And he said, I know not: Am I my brother's
keeper? ⑩And he said, What hast thou done? the voice of
thy brother's blood crieth unto me from the ground. ⑪And
now art thou cursed from the earth, which hath opened her
mouth to receive thy brother's blood from thy hand. ⑫When

11 . thou tillest the ground, it shall not henceforth yield unto
*Insert ¶ #*
thee her strength; a fugitive and a vagabond shalt thou be
in the earth. ⑬And Cain said unto the LORD, My punishment
is greater than I can bear. ⑭Behold, thou hast driven me
out this day from the face of the earth; and from thy
face shall I be hid; and I shall be a fugitive and a
vagabond in the earth; and it shall come to pass, that
every one that findeth me shall slay me. ⑮And the

12 . LORD said unto him, Therefore whosoever slayeth Cain,
*Insert ¶ #*
vengeance shall be taken on him sevenfold. And the LORD
set a mark upon Cain, lest any finding him should kill him.
⑯And Cain went out from the presence of the LORD, and
dwelt in the land of Nod, on the east of Eden. ⑰And
Cain knew his wife; and she bare Enoch: and he builded
a city, and called the name of the city, after the
name of his son, Enoch. ⑱And unto Enoch was
born Irad: and Irad begat Mehujael: and Mehujael

4
*Page Number*

1  13  : begat Methusael: and Methusael begat Lamech.
2  (19) And Lamech took unto him two wives: the name
3  of the one was Adah, and the name of the other
4  Zillah. (20) And Adah bare Jabal: he was the father
5  of such as dwell in tents, and such as have cattle
6  (21) And his brother's name was Jubal: he was the father
7  of all such as handle the harp and organ. (22) And Zillah,
8  she also bare Tubal-cain, an instructor of every
9
10  14  artificer in brass and iron: and the sister of
11  Tubal-cain was Naamah. (23) And Lamech said unto
12  his wives, Adah and Zillah, hear my voice; ye
13  wives of Lamech, hearken unto my speech: for
14  I have slain a man to my wounding, and a young
15  man to my hurt. (24) If Cain shall be avenged seven-
16  fold, truly Lamech seventy and sevenfold. (25) And
17  Adam knew his wife again; and she bare a son,
18
19  15  and called his name Seth: For God, said she, hath
20  appointed me another seed instead of Abel, whom Cain
21  slew. (26) And to Seth, to him also there was born a
22  son; and he called his name Enos: then began men
23  to call upon the name of the LORD.
24  *** Now I will break down Genesis 3 and 4 to show
25  you the role play that has been taken place like a movie
26  being directed, organized, and filmed by individuals
27  whose main purposes were to deceive, mislead, and

16. : indoctrinate the minds of humanity while attempting
*Insert ¶ 11*
to steal, kill, and destroy the TRUE REMNANT OF GODS
CHOSEN ONES without leaving a trace of evidence
that will point out who is who, who did what, and
what methods were used as weapons of warfare ✱✱✱
Lets start with the story of Adam and Eve being the
Kings and Queens of Royalty in Europe. Then the
serpent being the spirit of perversion starting with

17. : Incest in the Royal Bloodlines in order to keep the
*Insert ¶ 11*
kingdom locked down. According to the Wikipedia "List
of Coupled cousins "the" Royalty in Europe" had 215
Kingdoms in Europe, that reigned under the Spirit
of Perversion because of Incest ✱ Mind you, Perversion
only truly means a twisted truth ✱ Let's start with
Nero Claudius Drusus born October 7 c. 14 BC in Rome,
Italy. He also went by the name Drusus Julius Caesar

18. : and he married his paternal cousin Claudia Livia
*Insert ¶ #*
in AD 4 which was the same year her first husband
Gaius Caesar died. To bring my statement concurrent
to modern times, Queen Victoria of the United Kingdom
of Great Britain and Ireland from June 20, 1837 until
her death in 1901 who was also granted the title the
Empress of India in 1876 married her cousin
Prince Albert of Saxe-Coburg and Gotha stemming
from the Royal German Bloodline. Now between both

1  19. Drusus Julius Caesar and Queen Victoria of Great
   *Insert ¶ #*
2  Britain and Ireland there were 213 other kingdoms that
3  reigned under Perversion which sums up to a total of
4  215 Kingdoms. Out of the perversion seed of incest
5  Queen Victoria's eldest son Edward VII was the first
6  Saxe-Coburg-Gotha monarch who ascended to the House of Wettin (German)
7  throne on Jan 22, 1901. When you look at Prince Albert's incest
8  with Queen Victoria you can see the serpent of sexual perversion.
9
10 20. However, the serpent appears to reflect itself in multiple
11 *Insert ¶ #*
12 fashions in this situation. For instance, Prince Albert and
13 Queen Victoria are not just cousins but they are husband
14 and wife; however she has the label Queen and he has
15 the label Prince right there is two other types of perversion
16 hidden ① Husband + Wife = King + Queen not Queen + Prince
17 which equals Mother and Son ② Queen + Prince in this case
18 equals Wife + Husband which means the Queen is King =
19 21. Dionysus / Transgender (breal on role) + Prince is Husband
20 *Insert ¶ #*
21 which reveals the Serpent from Adam and Eve's Fall because
22 when they fell she became King in the serpents Kingdom.
23 So this proves that the Europeans are the twisted TRUTH (Fallen State)
24 of my original essence that's why they've caused so much
25 damage yet dark skinned/brown skinned people have payed
26 the price. This also explains the movie "The Great Gay
27 Road" and the blackmail of America & Christianity/Jews.
28 If you look at Prince Albert and Queen Victoria

7

Page Number



1  22 . as Adam and Eve then their oldest son Edward VII would
2  *Insert ¶ #* represent Cain and by him being the first Saxe-Coburg-Gotha
3  monarch to ascend to the throne on Jan 22, 1901 that
4  means Saxe-Coburg-Gotha would represent the land of
5  Nod that Edward VII playing as Cain would build while
6  on the throne. Mind you that Cain was born of the serpent
7  seed in Genesis then he killed Abel and God placed
8  a mark on him so nobody would kill him (paraphrasing (GENESIS 4)
9
10  23 . Edward VII had a son named George V who was King of
11  *Insert ¶ #* United Kingdom, British Dominions, and Emperor of India from
12  1910-1936. George V had a son named Albert Frederick
13  Arthur George (Prince Albert of York) there became King George VI
14  of United Kingdom, Dominions, and of the British Commonwealth
15  who married Queen Elizabeth The Queen Mother (Queen Elizabeth II mother).
16  Now watch what happened under King George VI reign and
17  also what occurred afterwards. In 1939, King George VI,
18                                       of
19  24 . his British Empire and most Commonwealth countries (except
20  *Insert ¶ #* Ireland) declared war on Nazi Germany (for whatever reason
21  they proclaimed pertaining to Poland) however during WWII
22  between 1941 and 1945 Nazi Germany while under Hitler's
23  rule killed around 6 million Jews using genocide (the
24  Holocaust) as it's tool of weaponry. There were also approximately
25  5 million prisoners of war murdered as well. However, my
26  key point is that the Jews were tortured in a war that
27  wasn't even about them. This is similar to how Cain
28

8
Page Number

25 . Killed Abel without cause. Now, let me rewind back
*Insert ¶ #*
to Queen Victoria of Britain and Prince Albert of Saxe-
Coburg and Gotha (House of Wettin) which stemmed from
the Royal German Bloodline. Under their reign of perversion
(twisted truth) due to incest is when the German chemist Albert
Niemann in 1859 isolated cocaine from coca leaves and published
his findings in 1860. His thesis dissertation in German is titled
Über eine neue organische Base in de Cocablättern meaning On a

26 . New Organic Base in the Coca Leaves. His paper talks about
*Insert ¶ #*
how he isolated cocaine, a crystalline alkaloid (the word crystal
derives from the Ancient Greek word "Kristallos" meaning both
ice" and "rock crystal" * Right, here shows that in this perverted
role play of Adam and Eve being Prince Albert of Gotha (for short)
and Queen Victoria, then that would make German chemist
Albert Niemann out to be Cain which is their first son
(the serpent seed). Crack cocaine was given to the blacks to

27 . Sell in the streets which is a form of genocide against themselves &
*Insert ¶ #*
their own kind which is streets so just like the Hebrew
said "Face Street, Face Down". Then coke was given to prisons
which is still genocide against the blacks first since it is a
substance that stems from the word. After, they obtain it and
use or distribute it then they have unknowingly or knowingly waged spiritual
war against Eve's seed by playing Cain and killing Abel since
Abel was a keeper of sheep (Pastor/Church) however this is
the Backdoor of attempting to kill the kingdom of Jesus Christ

9

*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

28 . of Nazareth by drugs as others profited off of the
*Insert ¶ #*
proceeds of the broken and downtrodden. This is
another way they attempted to discredit the Authenticity
of Jesus's life while robbing his church in order to
build More Cains to kill Abel. I explained drugs as
a backdoor tactic because under the Queens reign;
Queen Victoria's oldest son represents Cain in the
world especially after being the first to ascend to

29 . to the throne, as Edward VII the King of Saxe-
*Insert ¶ #*
Coburg and Gotha (House of Wettin) from the Royal
German Bloodline. ** Moving back forward to her
great great grandson Albert Frederick Arthur George (originally
Prince Albert of York) who became King George VI of the
United Kingdom, Dominions, and British Commonwealth
and his wife Queen Elizabeth The Queen Mother. Albert
aka KingGeorge VI symbolizes Cain under the name Albert

30 . because he was named after his great-great grandfather
*Insert ¶ #*
Prince Albert (Queen Victoria's Husband) however this is according
to kingdom (front door). But when you look at him under the
role play of Adam; then even though he waged war on Nazi
Germany; Germany would be his son Cain because the
Nazis killed the JEWS (Able). Now, after Adolf Hitler
completed the Holocaust against the Jews he turned around
and committed suicide (just like Judas hung himself after he
betrayed Jesus and sold him to the Romans to be Crucified).

10
*Page Number*

31    Now, another thing I would like to point out is
*Insert ¶ #* that, it was during Adolf Hitler's youth that he tried to be-
come an artist (drawing) but was rejected by the city's Academy
of Fine Arts. All this occurred after his mother died when he
was 18 years old. Hitler left his hometown Linz (lens, sight, glasses etc)
and moved to Vienna (Vienna sausages), the glamorous capital
of the Austro-Hungarian Empire. He thought moving to Vienna
would be the ideal place to pursue his dream of being an artist.

32 He tried to get into the Academy of Fine Arts again yet they
*Insert ¶ #* rejected him again. He ended up moving from one cheap room
to another, even living in a homeless shelter for a time. Then
he started earning money by selling his paintings to tourist and
frame sellers which earned him enough money to move out the
shelter and to move into a mans home. Being a frustrated young
artist Hitler became interested in politics. In Vienna there was
a Jewish store owner who was one of Hitlers loyal customers

33 So his time in Vienna shaped Hitlers worldview. Hitler ended
*Insert ¶ #* up moving to Munich where he found some well off customers who
commissioned works from him but his progress came to an halt
when the Munich police tracked him down for not registering
for the military draft in Linz. He didn't pass the fitness exam at first
however he then voluntarily enlisted that August after the outbreak
of World War 1 ended his stint as a struggling young artist.
It was his time in Vienna and his frustrated art career that
became part of the myth-making by Hitler himself and by his

11
Page Number

34 . followers that helped drive his fateful rise to power in
Insert ¶ #
Germany. Hitler railed against modern art, calling it the
"degenerate" product of Jews and Bolsheviks and a threat
to the German national identity. In 1937, the Nazis rounded
up some 16,000 works of this type from German museums
and put hundreds of them on display in Munich. The exhibition
intended to heap scorn on the artist ended up being attended
by 2 million people. Looking at Hitlers military time let's talk about

35 . drugs. The use of Methamphetamine, better known as crystal
Insert ¶ #
meth, was a pill form of the drug called Pervitin and it was
distributed by the millions to the Nazi troops before their successful
invasion of France in 1940. Developed by the Temmler pharmaceutical
company, based in Berlin, Pervitin was introduced in 1938 and
marketed as a magic pill for alertness and an anti-depressant.
A military doctor experimented on 90 college students and
decided based on the results the drug would help Germany win

36 . the war. Other allied soldiers used amphetamines (speed)
Insert ¶ #
in the form of Benzedrine in order to battle combat and fatigue.
Others used anesthetics like Goring whose nickname was
actually Mōring from morphine. Meth was Pervitin until a
Japanese chemist, Nagai Nagayoshi first synthesized meth in
1893. In 1919 a younger protégé of Nagai named Akira
Ogata discovered another method of synthesizing the
crystalline form creating a new stimulant called
crystal meth. ** Drugs have been used as weapons

37 . of warfare, blackmail, human trafficking, etc. in
Insert ¶ #
the USA however Americans have paid the price for
systematic corruption and sorcery strategically organized
in Europe. *** The next perverted role play of Adam
and Eve resembles Prince Philip (The Duke of Edinburgh)
and Queen Elizabeth II. Their marriage resembles that of
Queen Victoria when it comes to Philip being Prince and
Elizabeth II being Queen. Also, Prince Philip and Queen

38 . Elizabeth were third cousins so they're marriage is
Insert ¶ #
another reflection of incest. Philip was also Prince of
Greece and Denmark which would represent the Greek
religion of the Twelve Olympians starting with Zeus, the
King of gods, who was married to his sister Hera. The
other eleven Olympians were Ares, Poseidon, Athena, Demeter,
Dionysus (born a boy changed into a girl), Apollo, Artemis, Aphrodite,
Hephaestus, Hermes, and Hestia (the goddess of the hearth

39 . and sacred Flame, which was more likely the most
Insert ¶ #
prayed to of all gods. * Apart from these gods, the Greek pan-
theon was filled with dozens of other gods, demigods, and mortal
and immortal beings which varied by local and over the
evolution of Greek culture. A variety of other mystical
beliefs and nature spirits such as nymphs and other magical
creatures were foundational to the ancient Greek understanding
of the world around them. Now, Elizabeth II was Queen/King
of the United Kingdom and other Commonwealth realms.

13
Page Number

1  40. Their religion is known to be protestant for the
2  United Kingdom and Commonwealth. However protestant
3  is just a breakoff of Roman Catholics because the Roman
4  Catholic church split into 3 categories under christianity
5  which was Catholic, Eastern Orthodox, and Protestant.
6  But they do not represent the same belief patterns as
7  us because they're still governed by the Pope and their
8  sorceries which is why they came up with systems in

10  41. attempt to block Jesus Christ of Nazareth from rising
11  and establishing His Kingdom. Well, under Queen Elizabeth II
12  reign, another form of genocide occurred. This plague or
13  genocide is called Covid19. This plague killed many
14  people, isolated many people, and weakened humanity
15  within the realm of spirituality when it came to fellowship
16  in the temple which then turned into social religion (a
17  gathering of multiple religions onto one platform in the

19  42. digital realm; what this did was attempt to kill off
20  The Body of Christ by placing the True Believers of God in
21  a fallen state because the digital realm is created by
22  man and stems from space symbolizing the 2nd heaven
23  where the prince of darkness is when the Throne of
24  Jehovah Mekadesh (God our Holiness) is the third
25  Heaven). What this also did was attempt to mark the
26  Chosen Ones with the Mark of the Beast so that
27  Roman Catholic could pretend to be the woman

14

Page Number

43. From Revelation 12 and The Chosen ones would look like the Red Dragon in Revelation 12 ✱✱✱ Moving Forward to the ROMAN CATHOLIC church I will give a breakdown of this church from the fallen story of Adam & Eve. The sorcery and perverted truth behind Roman Catholics (1) Catholic is Adam and Eastern Orthodox (still catholic) is Eve - then The Roman Catholic Archdiocese is Cain (who was Eve's first son and killed

44. Eve's second son Abel (let's say Abel is The Protestant Christians/THE TRUE PROTESTANTS)). (2) Roman Catholics according to Roman in the Trinity Format will sum up to ROMAN Empires as Satan acting as The Father, The AntiChrist as the Son, and the false prophets as the Spirit. The Roman Empires are: Babylon as Satan, Medo-Persia as the Son, and Greece as the Spirit. Babylon is Modern Day IRAQ as Satan, Medo-Persia is

45. Modern Day IRAN (Media is a region of North-western Iran, known for it's political and cultural base of the medes) Symbolizing The AntiChrist, Greece is a country in Southeast Europe symbolizing the false prophets (pagan Gods of Hellenism). Roman Catholics using IRAQ/IRAN = Southwestern Asia & Greece which is Southeast Europe is the backdoor to attempt to keep me out the kingdom by demonizing everybody using deceptive strategies to deceive the people, and indirectly marking them with the beast.

* December 25 = Christmas = Christ Massacre. not Christ birthday.

1 46③. Let's now explain Adam & Eve according to
2 Rome & Germany whiched birthed out The Holy
3 Roman Empire. On December 25 800, Pope Leo III
4 crowned Frankish King Charlemagne as Roman Emperor
5 reviving the title in western Europe. after the fall of the
6 ancient Western Roman Empire in 476 it fell in 924 then
7 was revived again in 962 until the 12th century as the most
8 powerful monarch in Europe. In 1262 Ottone I Visconti
9

10 47 . was elected as archbishop of Milan, Italy which
11 earned him one of the Holy Roman Seats in Italy.
12 after he conquered Milan from their rival Della
13 Torre family in 1277. The Visconti of Milan are a
14 noble Italian Family. Their motto is: "I will not violate
15 the customs of the serpent." The Visconti was called
16 LORD of Milan (from 1277-1395) And the Duke of Milan
17 (from 1395-1447). Their symbol is a picture of a half man
18

19 48. in the mouth of a serpent. Visconti = Vice Comes.
20 Vice "Deputy" + Comes "Count". * This is the backdoor
21 way of how they marked my partner due to his gang
22 in Chicago named "Vicelords" which is a bloodgang.
23 Then I can break down ViceComes into Victorious
24 Ice (Crystal Meth) LORD and Comes into Nut (Seed) Count representing
25 the 12 tribes of Israel. Ironically, the headquarters
26 of the Nation of Islam (false 12 tribes) is located
27 in Chicago, Illinois as Well. So this explains how
28 P for America

1  49. they have marked my lover as the red dragon
2  and as the Crystal Meth drug lord when he doesn't
3  even sell drugs but now I see why every time I
4  was with him intimately then I wanted to smoke
5  after I left. Now, we all know that Meth was
6  in pill form first called Pervitin during Hitler's
7  reign in Germany Nazi military, then a German
8  chemist synthesized meth, and a japanese

10  50. chemist crystallized meth into rock form. So
11  this explains alot about Europe's Kingdom and their demonic
12  Church(to be continued). Moving forward, In 1356 the
13  golden bull was created without the pope (Pope Innocent
14  VI) involvement but he did not oppose it either because
15  he need the King to aid him with his enemy Visconti.
16  By not opposing it made this pope just as guilty as
17  the other side because it symbolized Idolatry. On

19  51. August 10, 1397 Albert II of Germany also known as Albert
20  the Magnanimous KG was elected King of the Romans as
21  Albert II. He also was king of the Holy Roman Empire,
22  and a member of the House of Habsburg (House of Austria).
23  KG stands for The Most Noble Order of the Garter. It's
24  an order of chivalry (order of knights typically founded during
25  the original Catholic military orders of Crusades (c. 1099-1291))
26  and paired with medieval concepts of ideals of chivalry
27  (code of conduct in Europe from 1170-1220). The Most Noble Order

17
Page Number

1  52 . Order of the Garter was founded by Edward III
Insert ¶ #
2  of England in 1348. It is the most senior order of
3  knighthood in the British honours system except for
4  the Victoria Cross and the George Cross. Back to King
5  Albert II his wifes name was Elizabeth of Luxembourg
6  who was queen consort of Germany and Bohemia.
7  The Bohemian language of the 19th Century was the language Czech
8  of the Diet (Diet Assembly) is the general assembly of the

10  53 . Imperial Estates of the Holy Roman Empire. Diet is
Insert ¶ #
11  also a designation for modernday legislative bodies of
12  certain countries and states such as the NATIONAL
13  Diet of Japan, or the German Bundestag the FEDERAL
14  Diet. ※ It was two different german chemist that
15  did cocaine and amphetamine and it was a
16  japanese chemist who crystalized amphetamine and
17  created Methamphetamine (crystal meth). Also, it was

19  54. Elizabeth who taught me how to snort meth @ 13 yrs
Insert ¶ #
20  old and Albert who taught me how to smoke meth until @ 14 yrs old
21  I ended up pregnant with his daughter ※ King Albert II
22  of Germany persecuted, had the Jews arrested, took their
23  belongings, etc. Before King Albert II of Germany became King
24  the Jews in the Austrian duchy had been subject to local
25  persecutions during the 13th and 14th century however their
26  position remained relatively safe. The Jewish communities
27  prospered in several towns like Krem or the area around

55. the Judenplate at Vienna. It was after the death
of Duke Albert IV in 1404 that their situation worsened
sharply, culminating in the blaze of the Vienna Synagogue
on Nov 5. 1406, followed by riots and lootings. When
Albert V came of age in 1411 and interfered in the Hussite
Wars, he repeatedly established new taxes imposed on the
Jewish community to finance his campaigns. On the
other hand, after the Hussites had devastated the duchy,

56. the Austrian Jews were accused of collaboration and
arms trade in favor of the enemies. The accusations
of a host desecration at Enns in 1420 gave Albert pretext
for the destruction of the Jewish community. According
to the 1463 Chronica Austriae by chronicler Thomas Ebendorfer,
the duke order on May 23, 1420 the imprisonment and
forcible conversion of the Jews. Those who had not converted
or escaped was sent off in boats down the Danube River

57. (just like they did Blacks) while wealthy Jews remained under
arrest, several of them tortured and stripped of their property.
March 12, 1421 Albert sentenced the remaining Jews to death.
Ninety-two men and 120 women were burned at the stake,
south of the Vienna city walls. The Jews were placed under
an eternal ban and their synagogue was demolished.
*** As you can see the Jews have constantly been
robbed, imprisoned, persecuted, abused, accused, etc when
they've done no wrong only so the world empires could

58 . seized their prosperity. Which is a form of the devil blackmailing God's people just to claim what isn't his and so he could put his image and inscription on it while pretending to be God or by using people to act like they are the chosen ones so that he could steal the worship and inheritance that God promised to his people. This is also how he deceived the world and caused everybody to believe in his lies. So what we are

59 seeing again today, is the enemies using the same strategies to kill, steal, and destroy. However, they attempt to cover up their evil with false accusations, set ups, influential peddling, obstruction of justice, deceptive policies, laws, international agreements, contracts, systems, etc. Which is why the whole world is in disillusionment behind treason, tyranny, and deep systematic corruption. The serpent and his seeds

60 (kids) are trying to avoid exposure by keeping the spotlight on fake news and by torturing the innocent. This is the same behavior, issues, and circumstances that we are seeing today behind theives & liars in high positions that don't have the people who they are supposed to lead good will at heart. Their agenda is selfish, they are narcissist, and people want to see a real change in life than All SELFISH AGENDAS must be destroyed because WE ARE THE PEOPLE and UNITY is better than division.

#SAVE THE CHILDREN
#SAVE THE WORLD
#BE FREE
#MORE PRAYER, MORE POWER LESS PRAYER/LESS POWER
#JESUS CAME TO SET US FREE
#THE Devil has to be STOPPED
#PRIDE & EGO has to CEASE

61. It was said that the Jewish were prosperous in the town
Insert ¶ #
of Krems which is in Austria. There's a wine region called
Kremstal that lies on the south-eastern arc of the
Waldviertel and the Dunkelsteiner Wald ridge, built up
from hard crystalline rock, and opens out into the Alpine
foothills towards the east, where unconsolidated rock prevails.
The Kremstal vineyards are divided into three distinct areas:
Stein district that borders with the Wachau, The Krems Valley, and

62. the small wine villages south of Danube clustered around the
Insert ¶ #
imposing Göttweig Abbey. ××× Jews symbolize Gods chosen
people, wine symbolizes Gods blessing for his people, and three
symbolizes Father, Son, and Holy Ghost. Deuteronomy
7:16 For thou art a holy people unto the LORD thy
God: the LORD thy God hath chosen thee to be a special
people unto himself, above all people that are upon
the face of the earth. Deuteronomy 7:12-13 ① Wherefore

63. it shall come to pass, if ye hearken to the judgements, and
Insert ¶ #
keep, and do them, that the LORD thy God shall keep unto
thee the covenant and the mercy which he sware unto thy
fathers: ⑬ And he will love thee, and bless thee, and multiply
thee: he will also bless the fruit of thy land, thy corn,
and thy wine, and thy oil, the increase of they Kine,
and the flocks of thy sheep, in the land which he
sware unto thy fathers to give thee. Matthew 28:19
Go ye therefore, and teach all nations, baptizing them

21

1  64. in the name of the Father, and of the Son, and
2  <sub>Insert ¶ 6</sub> of the Holy Ghost. I John 5:7= For there are three
3  that bear record in heaven, the Father, the Word,
4  and the Holy Ghost: and these three are one.
5  ✱ As you see in Matthew 28:19 and I John 5:7
6  Jesus is the fulfilment of the Word of His Father
7  which makes Jesus spirit the Holy Ghost which
8  is the spirit of Prophecy (past, present, and future).
9
10  65. ✱✱✱ Returning to Rome & Germany, I'd like to bring
11  <sub>Insert ¶ 6</sub> up the Italian Social Republic also known as the Republic
12  of Salo. It was considered a Nazi-German puppet state
13  with little diplomatic recognition until World War II, which
14  existed from the beginning of the German occupation of
15  Italy in September 1943 until the surrender of German
16  troops in Italy in May 1945. The German occupation
17  triggered widespread national resistance against it and
18
19  66. the Italian Republic leading to the Italian Civil War.
20  <sub>Insert ¶ 6</sub> Most of the 8,000 Italian Jews who died in the Holocaust
21  were killed during the 20 months of the Salo (Italian
22  Social Republic) regime. ✱ It seems as if Italy (whether Rome
23  or Vatican), Britian Kingdom, and Germany (whether Holy Roman
24  Empire of Germany or Nazi) always seem to be socializing or
25  pretending" to be at war when Jews get killed and their stuff
26  gets seized. The common denominator is Roman Catholic
27  and Britain who stands by and watch however he is the

67. King over the kingdoms. This is organized crime in the most subtle and cunning ways possible just like the serpent and Eve who then gave it to Adam and he ate which caused them to fall. Moving forward to finalize my stance I will add one more component about Germany. On November 1, 1895, Max Skladanowsky and his brother Emil demonstrated their self invented film project, the Bioscop, at the Wintergarten music hall in Berlin. On December 28, 1895 the first paying

68. public display of the Lumière brothers' Cinematographe was in Paris. In 1910, the first German "artistic" films began to be produced, an example is the film Edgar Allan Poe adaptation The Student of Prague (1913) which was co-directed by Paul Wegener and Stellan Rye. In 1917 a process of concentration and partial nationalisation of the German film industry began with the founding of Universum Film AG (UFA), which was partly a reaction to the very effective use that the Allied Powers had

69. found for the new medium for purpose of propaganda. An early step towards the foundation of UFA was taken January 13, 1917 with the creation of the Bild und Filmant (BUFA) by Germanys Supreme Army Command. Formed as a reaction to the perceived advantage of Germany's enemies in the realm of film propaganda, BUFA's task was to use film for psychological warfare. In 1924-1926 UFA had two large scale productions, Nibelungen and Metropolis. Metropolis was the first film thus distinguished on UNESCO's Memory of the World Register and Woman in the Moon

23

Civil Rights Complaint Pursuant to U.S.C. § 1983

70. to this day. From 1933-1937 UFA experienced a new
Insert ¶ # commercial boom in the Nazi era (Nazification), not least
due to the government's protectionist measures, which freed
UFA from bothersome competition. On top of occupying
almost all of Europe, the Nazi regime provided UFA
new sales markets, as well as placing distribution outlets
in such "neutral" countries as the United States. By 1938,
after taking over foreign film production facilities in France,

71. Belgium, and other countries, one third of the company's
Insert ¶ # sales came from abroad. UFA's economic boom made it
possible to further expand the so-called "star system", which
had already been developed in the silent film era. In an
act of anticipatory obedience to the Nazi regime, UFA
management fired several Jewish employees. In the
summer of 1933, the Nazi regime created the film
Chamber of the Reich, which adopted regulations officially

72. excluding Jewish filmmakers from all German studios.
Insert ¶ # * Even in the film industry the wicked tried to get rid
of the Jews without probable cause however if they were
so dedicated to separating themselves from Gods people
then the people have to give back everything they stole
from God's people so the separation can TRULY happen. (End)
* * * Next topic under Roman Empire and Germany that
equates to Roman Catholics in the form of Adam
& Eve's story being twisted is the German Monk Martin

21
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

73. Luther as Germany (Adam) and Catholic Church (as Eve) fed that birthed out the 95 Theses which is the Disputation on the Power of Indulgences (Cain) that cause The Protestant Reformation (Abel) which they have been indirectly working together to destroy Gods people while stealing from the people (Cain's excuse to kill Abel). But not only that, they have intentionally worked to stop the rise of JESUS Kingdom from coming forth while

74. acting like they were for us when they both were plotting on destroying us by sorcery, systems of debt, perversion war, media, etc. Prime example of their deception using words is the word NUN. The definition of NUN is: ① A female who lives in a monastery or convent who chose to devote her life to prayer, service, & charitable work. ② A nun is also a male Monk ③ many religions including Catholicism, Buddism, and Christianity have nuns. Here's

75. a few things about NUNS: ① A nun cannot marry, use social media, or smartphones. ② They can't own property or engage in sexual relationships. ③ Nuns are expected to renounce their inheritance and property rights. ④ Nuns have their own room which is called a CELL. ✳ NOW HERE'S the deception of definitions 1, 2, & 3 behind the word nun: ⓐ In the form of Adam & Eve's story being perverted is a female nun (Eve) + a male monk (Adam) = Dionysus because he was born a male and changed into a female (transgender). ✳ Monk = Zues + female nun = Semele ✳       (Cain)

(Parents of Dionysus in the Greek religion    Civil Rights Complaint Pursuant to U.S.C. § 1983

Father + Mother = God
The way some catholics pray saying father/mother God...

(EVE)                                        (plu)   (ADAM)

1   76 ③ A female nun = Roman Catholic + a male monk (nun) =
2   Insert ¶ #                        (=)      (CAIN)
    Holy Roman Empire of Germany equals Buddhism (China,
3   Russia, Nepal, India, North/South Korea, Japan, Laos,
4   Bhutan, Cambodia, Taiwan, Hong Kong, Vietnam,
5   Singapore, etc.! *This is how they tried to play
6   us using words, religion, money, power, etc. This
7   is organized theft because the church is supposed
8   to be representing Jesus not all these other people

10  77 Gods that the Roman Catholic Church and
11  Insert ¶ #
    Britain Empire is not making anybody aware
12  of... Buddhist is a representation of the god of wealth
13  that's another reason why gambling has been being
14  promoted worldwide with online casinos, sports bets,
15  lotto, etc. The name "bet" is derived from the West Semitic
16  word for "house" which means the casinos represent
17  the house of buddha and that means everytime we

19  78. gamble then we are worshipping Buddha without
20  Insert ¶ #
21  any knowledge of it. So as you can see, people have been
22  living in the world under the deception of the enemy.
23  He has used Religion as his driving force because it was
24  by him twisting Gods word that caused Eve and
25  Adam to fall. Basically, that's what we see happening
26  in today's situation because the religions that are
27  in on this scandal are all twisted words from
28  the original and the twist was done in attempt

79 . to steal, kill, and destroy. John 10:1-16 [1] Verily
Insert ¶ #
verily, I say unto you, He that entereth not by the
door into the sheepfold, but climbeth up some
other way, the same is a thief and a robber.
[2] But he that entereth in by the door is the shepherd of
the sheep. [3] To him the porter openeth; and the sheep
hear his voice: and he calleth his own sheep by
name, and leadeth them out. [4] And when he putteth

80 . forth his own sheep, he goeth before them, and
Insert ¶ #
the sheep follow him: for they know his voice.
[5] And a stranger will they not follow, but will flee
from him: for they know not the voice of strangers.
[6] This parable spake Jesus unto them: but they
understood not what things they were, which he
spake unto them. [7] Then said Jesus unto them again,
Verily, verily, I say unto you, I am the door of the

81 . sheep. [8] All that ever came before me are thieves
Insert ¶ #
and robbers: but the sheep did not hear them. [9] I
am the door: by me if any man enter in, he shall be
saved, and shall go in and out, and find pasture.
[10] The thief cometh not, but for to steal, and to kill,
and to destroy: I am come that they might have life,
and that they might have it more abundantly. [11] I am
the good shepherd: the good shepherd giveth his life for
the sheep. [12] But he that is a hireling, and not the

27
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

82. shepherd, whose own the sheep are not, seeth
the wolf coming, and leaveth the sheep, and
fleeth: and the wolf catcheth them, and
scatterth the sheep. ⑬ The hireling fleeth, because
he is a hireling, and careth not for the sheep.
⑭ I am the good shepherd, and know my sheep, and
am known of mine. ⑮ As the Father knoweth me,
even so know I the Father: and I lay down my

83. life for the sheep. ⑯ And other sheep I have,
which are not of this fold: them also I must bring,
and they shall hear my voice; and there shall be
one fold, and one Shepherd. ⓒ Catholicism (Eve) +
Roman Empire (old Babylon) (Greece being Adam) = Buddhism (Cain)
attempting to kill Christianity (Abel) how is this
proveable because they had to use witchcraft
in the form of music, media, drugs, clothes, religion,

84. etc to war with the King of Kings and Lord of Lords.
Then they used Greece/Greek gods to ensnare Seth
which was Eves third son so that Enos couldn't
be produced so they thought. But on top of that
because of their perverse thinking, Enos who brought
back the praise of the Lord, has been worded in the
form of anus which symbolize the backdoor
entrance to the temple (body) and it was through
Seth descendants that Noah came. then through

28
Page Number

85 . one of Noah's sons' which he had 3 named
*Insert ¶ #*
Shem, Ham, and Japheth. However, it was
through Shem that Gods Son Jesus Christ of
Nazareth was brought into this world *Now
here's a breakdown explaination of the few things
about Nuns. ① NUNS can't marry, use social media, or
smartphones however the Britain Kingdom and their
serpent seeds created the internet so that America

86 . could be distracted by the Harlots system as
*Insert ¶ #*
they attempted to paint us as Babylon and as they
attempted to stop the marriage of the Lamb and
His Bride (the REAL CHURCH). ② They can't own property
or engage in sexual relationships however their system
has Americans worshipping fornication so that
they could lock us down and conquer our inheritance,
property, and families. ③ Nuns are expected to renounce

87 . their inheritance and property rights however
*Insert ¶ #*
in America they used the system to obtain those rights
from us just like Jacob had Esau hand over his
birth right because Esau was hungry. If Jacob
really cared for his brother then he would have
fed Esau without asking for anything in return.
This is what China was used to do to America.
Also, remember Rebecca had Jacob trick Issac
into putting Esau's blessing on Jacob. Well, that's

88 . what they had China use. communism to help
Insert ¶ #
pervert America so that the, Roman Catholic church
could steal the blessing from the Black Church
and Britain could keep the Kingdom while
attempting to act like they didn't have anything
to do with the whole situation. However, truth
be told the Church belongs in Jerusalem but
the chosen ones are here in America buried under

89 . all this mess. There wouldn't be two marriage
Insert ¶ #
couples in Revelation if America was really Babylon.
All the sorcery came from U.K. so that is
where Babylon is located however they tried
to blackmail us by using Hollywood, Long
Beach, and San Francisco but the truth
is America was birthed from The Mother
of Harlots and that's why America looks

90. like the son who would rule with an Iron
Insert ¶ #
Fist pertaining to the Drug game. IF they were
the truth then I would have left to be there but
I know they're a lie so I'm still here with
you because I refuse to see a half truth. Revelation
18:22-24 - 22 And the voice of harpers and musicians,
and of pipers, and trumpeters, shall be heard
no more at all in thee; and no craftsman, of
whatsoever craft he be, shall be found any more

91 . in thee; and the sound of a millstone shall be
*Insert ¶ #* heard no more at all in thee; (23) And the light
of a candle shall shine no more at all in thee;
and the voice of the bridegroom and of the
bride shall be heard no more at all in thee:
for thy merchants were the great men of the
earth; for by thy sorceries were All nations
deceived. (24) And in her was found the blood

92 . of prophets, and of saints, and of all
*Insert ¶ #* that were slain upon the earth. Revelation 19 $ 6-10
(1) And I heard as it were, the voice of a great
multitude, and as the voice of many waters,
and as the voice of mighty thunderings, saying,
Allelujia: for the LORD God omnipotent reigneth.
(2) let us be glad and rejoice, and give honor to
him: for the marriage of the lamb is come, and

93 . his wife hath made herself ready (3) And to
*Insert ¶ #* her was granted that she should be arrayed in
fine linen, clean and white: for the fine linen
is the righteousness of saints. (9) And he saith
unto me, Write, Blessed are they which are called
unto the marriage supper of the lamb. And he
saith unto me, These are the true sayings of
God. (10) And I fell at his feet to worship him. And
he said unto me, See, thou do it not: I am thy

1  O4. fellow servant, and of thy brethren that have the
2  Insert ¶ #
3  testimony of Jesus: worship God: for the testimony
4  of Jesus is the spirit of prophecy. **** See, God
5  is more advanced than humanity because He knew
6  in advance that there were going to be people fighting
7  against His return, he knew people were going to
8  pretend to be Him and/or pretend to be His Bride.
9  Jesus Christ of Nazareth knows the hearts of all

10  95. of humanity before it came down to the enemy
11  Insert ¶ #
12  attempting to deceive the Elect (chosen ones of God).
13  However, due to there not being anything knew under
14  the sun, all the enemy did was confirm how real
15  the Word of God is and how badly we need our
16  savior Jesus Christ of Nazareth. The Story about
17  Babylon speaks about Mystery Babylon and
18  the beast. The Mystery about Babylon has to

19  96. do with the sorceries that she uses against the
20  Insert ¶ #
21  people and the beast that carries her which goes
22  back to the Roman Empire. Her sorceries is so
23  great that it causes all the kings and their
24  armies to make war with the Lamb but not
25  only that, the enemy knows that his time
26  is short however he still tries his best to stop
27  the Son of God from returning and even then the
28  enemy already knows he lost the battle a long time ago
    so the enemy is basically just putting on a show.

Civil Rights Complaint Pursuant to U.S.C. § 1983

## "WICKEDNESS OF MANKIND"

1  97  Genesis 6:1-22  Wickedness of Mankind
2  ①And it came to pass, when men began to multiply
3  on the face of the earth, and daughters were
4  born unto them ②That the sons of God saw the
5  daughters of men that they were fair, and they
6  took them wives of all which they chose. ③And the
7  LORD said, My spirit shall not always strive with
8  man, for that he also is flesh: yet his days shall
9
10  98  be a hundred and twenty years. ④There were
11  giants in the earth in those days; and also after
12  that, when the sons of God came in unto the daughters
13  of men, and they bare children to them, the same became
14  mighty men which were of old, men of renown.
15  ⑤And God saw that the wickedness of man was
16  great in the earth, and that every imagination
17  of the thoughts of his heart was only evil
18
19  99. Continually. ⑥And it repented the LORD that he
20  had made man on the earth, and it grieved him
21  at his heart. ⑦And the LORD said, I will destroy
22  man whom I have created from the face of the
23  earth, both man, and beast, and the creeping
24  thing, and the fowls of the air; for it repenteth
25  me that I have made them. ⑧But Noah found
26  grace in the eyes of the LORD. ⑨These are
27  the generations of Noah: Noah was a just man

33
Page Number

1   100. and perfect in his generations, and Noah
2   walked with God. ⑨ And Noah begat three
3   sons, Shem, Ham, and Japheth. ⑩ The earth
4   also was corrupt before God, and the earth
5   was filled with violence. ⑪ And God looked upon
6   the earth, and, behold, it was corrupt; for all
7   flesh had corrupted his way upon the earth.
8   ⑫ And God said unto Noah, The end of all flesh

10   101. is come before me; for the earth is filled with
11   violence through them; and, behold, I will destroy
12   them with the earth. ⑬ Make thee an ark of
13   gopher wood, rooms shalt thou make in the
14   ark, and shalt pitch it within and without
15   with pitch. ⑭ And this is the fashion which
16   thou shalt make it of. The length of the ark
17   shall be three hundred cubits, and the height

19   102. of it thirty cubits. ⑯ A window shalt thou
20   make to the ark, and in a cubit shalt thou finish
21   it above; and the door of the ark shalt thou
22   set in the side thereof; with lower, second, and
23   third stories shalt thou make it. ⑰ And, behold,
24   I, even I, do bring a flood of waters upon the
25   earth, to destroy all flesh, wherein is the breath
26   of life, from under heaven; and every thing that
27   is in the earth shall die. ⑱ But with thee will

Civil Rights Complaint Pursuant to U.S.C. § 1983

" NOAH ENTERS THE ARK (GENESIS 7) "

1  103. I establish my covenant; and thou shalt come into the
   Insert ¶ #
2  ark, thou, and thy sons, and thy wife, and thy sons
3  wives with thee. (19) And of every living thing of all flesh,
4  two of every sort shalt thou bring into the ark, to
5  keep them alive with thee; they shall be male and
6  female. (20) Of fowls after their kind, and of cattle
7  after their kind, of every creeping thing of the earth
8  after his kind, two of every sort shall come unto thee,

9

10 104. to keep them alive. (21) And take thou unto thee of
   Insert ¶ #
11 all food that is eaten, and thou shalt gather it to
12 thee; and it shall be for food for thee, and for them.
13 (22) Thus did Noah; according to all that God commanded
14 him, so did he. Genesis 7:1-24 ° And the LORD said unto
15 Noah, Come thou and all thy house into the ark; for thee
16 have I seen righteous before me in this generation.
17 (2) Of every clean beast thou shalt take to thee by

18

19 105. Sevens, the male and his female; and of beasts
   Insert ¶ #
20 that are not clean by two, the male and his female.
21 (3) Of fowls also of the air by sevens, the male and female,
22 to keep seed alive upon the face of all the earth (4) For
23 yet seven days, and I will cause it to rain upon the earth,
24 forty days and forty nights; and every living substance that
25 I have made will I destroy from off the face of the earth.
26 (5) And Noah did according unto all that the LORD commanded
27 him. (6) And Noah was six hundred years old when the flood
28

35
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  106 . of waters was upon the earth. ⑦ And Noah went in, and his
2  sons, and his wife, and his sons wives with him, into the ark,
3  because of the waters of the flood. ⑧ Of clean beasts, and of beasts
4  that are not clean, and of fowls, and of every thing that creepeth
5  upon the earth. ⑨ There went in two and two unto Noah into the
6  ark, the male and the female, as God had commanded Noah.
7  ⑩ And it came to pass after seven days, that the waters of the
8  flood were upon the earth. ⑪ In the six hundredth year of Noah's
9

10  107 . life, in the second month, the seventeenth day of the month, the
11  same day were all the fountains of the great deep broken up, and
12  the windows of heaven were opened. ⑫ And the rain was upon the
13  earth forty days and forty nights. ⑬ In the selfsame day entered
14  Noah, and Shem, and Ham, and Japheth, the sons of Noah, and
15  Noah's wife, and the three wives of his sons with them, into
16  the ark: ⑭ They and every beast after his kind, and all the
17  cattle after their kind, and every creeping thing that creepeth
18

19  108 . upon the earth after his kind, and every fowl after his kind,
20  every bird of every sort. ⑮ And they went into unto Noah into the
21  ark, two and two of all flesh, wherein is the breath of life. ⑯ And
22  they that went in, went in male and female of all flesh, as God
23  had commanded him: and the LORD shut him in. ⑰ And the flood
24  was forty days upon the earth; and the waters increased, and bare
25  up the ark, and it was lift up above the earth. ⑱ And the waters
26  prevailed, and were increased greatly upon the earth; and the
27  ark went upon the face of the waters. ⑲ And the waters prevailed
28

36
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## " THE WATERS RECEDE GENESIS 8 "

1 109 . exceedingly upon the earth; and all the high hills, that
 *Insert ¶ #*
2 were under the whole heaven, were covered. ⑳ Fifteen cubits
3 upward did the waters prevail; and the mountains were
4 covered. ㉑ All flesh died that moved upon the earth, both
5 of fowl, and of cattle, and of beast, and of every creeping
6 thing that creepeth upon the earth, and every man. ㉒ All
7 in whose nostrils was the breath of life, of all that was
8 in the dry land, died. ㉓ And every living substance was
9
10 110 destroyed which was upon the face of the ground, both
 *Insert ¶ #*
11 man, and cattle, and the creeping things, and the fowl of
12 the heaven; and they were destroyed from the earth:
13 and Noah only remained alive, and they that were with
14 him in the ark. ㉔ And the waters prevailed upon the
15 earth a hundred and fifty days. Genesis 8:1-29 ① And
16 God remembered NOAH, and every living thing, and all the cattle
17 that was with him in the ark: and God made a wind to pass
18
19 111 . over the earth, and the waters assuaged. ② The fountains
 *Insert ¶ #*
20 also of the deep and the windows of heaven were stopped, and
21 the rain from heaven was restrained. ③ And the waters returned
22 from off the earth continually: and after the end of the hundred
23 and fifty days the waters were abated. ④ And the ark rested
24 in the seventh month, on the seventeenth day of the month,
25 upon the mountains of Ararat. ⑤ And the waters decreased
26 continually until the tenth month: in the tenth month, on
27 the first day of the month, were the tops of the mountains

37
*Page Number*

1  112. seen.⑥ And it came to pass at the end of forty days,
2  *Insert ¶ #*  that Noah opened the window of the ark which he had made:
3  ⑦ And he sent forth a raven, which went forth to and fro,
4  until the waters were dried up from off the earth. ⑧ Also
5  he sent forth a dove from him, to see if the waters
6  were abated from off the face of the ground: ⑨ But
7  the dove found no rest for the sole of her foot, and
8  she returned unto him into the ark, for the waters
9
10 113. were on the face of the whole earth: then he
11 *Insert ¶ #*  put forth his hand, and took her, and pulled her
12 in unto him into the ark ⑩ And he stayed yet other
13 seven days; and again he sent forth the dove out
14 of the ark; ⑪ And the dove came in to him in the
15 evening: and, lo, in her mouth was an olive leaf plucked
16 off: so Noah knew that the waters were abated from
17 off the earth. ⑫ And he stayed yet other seven days;
18
19 114. and sent forth the dove; which returned not again
20 *Insert ¶ #*  unto him any more. ⑬ And it came to pass in the
21 six hundredth and first year, in the first month,
22 the first day of the month, the waters were dried
23 up from off the earth: and Noah removed the covering
24 of the ark, and looked, and, behold, the face of
25 the ground was dry. ⑭ And in the second, on the
26 seven and twentieth day of the month, was the
27 earth dried. ⑮ And God spake unto Noah, saying,

‖ Genesis 9 God's Covenant w/ Noah verses 8-19 ‖
NOAH'S DRUNKENNESS verses 20-24
Curse of Canaan verses 25-29

115. (16) Go forth of the ark, thou, and thy wife, and
*Insert ¶ #* thy sons, and thy sons' wives with thee. (17) Bring forth
with thee every living thing that is with thee, of all
flesh, both of fowl, and of cattle, and of every creeping
thing that creepeth upon the earth; that they may
breed abundantly in the earth, and be fruitful, and
multiply upon the earth. (18) And Noah went forth, and
his sons, and his wife, and his sons' wives with him:

116. (19) Every beast, every creeping thing, and every fowl, and
*Insert ¶ #* whatsoever creepeth upon the earth, after their kinds,
went forth out of the ark. (20) And Noah builded an
altar unto the LORD; and took of every clean beast,
and of every clean fowl, and offered burnt offerings
on the altar. (21) And the LORD smelled a sweet savor; and
the LORD said in his heart, I will not again curse the ground
any more for man's sake; for the imagination of man's

117. heart is evil from his youth; neither will I again
*Insert ¶ #* smite any more every thing living, as I have done. (22) While
the earth remaineth, seedtime and harvest, and cold
and heat, and summer and winter, and day and night
shall not cease. (Genesis 9:1-29) (1) And God blessed Noah
and his sons, and said unto them, Be fruitful and multiply,
and replenish the earth. (2) And the fear of you and the
dread of you shall be upon every beast of the earth, and
upon every fowl of the air; upon all that moveth upon

39
Page Number

1  18 .the earth, and upon all the fishes of the sea; into
   *Insert ¶ #*
2  your hand are they delivered. Every moving thing
3  that liveth shall be meat for you; even as the green
4  herb have I given you all things. ④ But flesh with the
5  life thereof, which is the blood thereof, shall ye not eat.
6  ⑤ And surely your blood of yat lives will I require; at
7  the hand of every beast will I require it, and at the
8  hand of man; at the hand of every man's brother will
9
10 119 . I require the life of man. ⑥ Whoso sheddeth man's
   *Insert ¶ #*
11 blood, by man shall his blood be shed: for in the image
12 of God made he man. ⑦ And you, be ye fruitful, and
13 multiply; bring forth abundantly in the earth, and
14 multiply therein. ⑧ And God spake unto Noah, and to
15 his sons with him, saying, ⑨ And I, behold, I establish
16 my covenant with you, and with your seed after you;
17 ⑩ And with every living creature that is with you, of the
18
19 120 . fowl, of the cattle, and of every beast of the earth
   *Insert ¶ #*
20
21 with you; from all that go out of the ark, to every beast
22 of the earth. ⑪ And I will establish my covenant with you;
23 neither shall all flesh be cut off any more by the waters
24 of a flood; neither shall there any more be a flood
25 to destroy the earth. ⑫ And God said, This is the token
26 of the covenant which I make between me and you
27 and every living creature that is with you, for perpetual
28 generations: ⑬ I do set my bow in the cloud, and it

40                    (add L to bow and you get Bowl with a cloud is the Crystal
Page Number            meth pipe aka pookey)



14 . shall be seen in the cloud: ⑮ And I will remember
my covenant, which is between me and you and every
living creature of all flesh; and the waters shall no
more become a flood to destroy all flesh. ⑯ And
the bow shall be in the cloud; and I will look
upon it, that I may remember the everlasting
covenant between God and every living creature
of all flesh that is upon the earth. ⑰ And God said

122 . unto Noah, This is the token of the covenant, which
I have established between me and all flesh that is
upon the earth. ⑱ And the sons of Noah, that went
forth of the ark, were Shem, and Ham, and Japheth:
and Ham is the father of Canaan. ⑲ These are the three
sons of Noah, and of them was the whole earth overspread.
⑳ And Noah began to be an husbandman and he planted
a vineyard. ㉑ And he drank of the wine, and was drunken;

123 . and he was uncovered within his tent. ㉒ And Ham,
the father of Canaan, saw the nakedness of his father,
and told his two brethren without. ㉓ And Shem
and Japheth took a garment, and laid it upon both
their shoulders, and went backward, and covered the
nakedness of their father's nakedness. ㉔ And Noah
awoke from his wine, and knew what his younger son
had done unto him. ㉕ And he said, Cursed be Canaan;
a servant of servants shall he be unto his brethren.

41
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983



1  124. And he said, Blessed be the LORD God of Shem;
2  Insert ¶ #  and Canaan shall be this servant. ²⁷ God shall
3  enlarge Japheth, and he shall dwell in the tents
4  of Shem; and Canaan shall be his servant.
5  ²⁸ And Noah lived after the flood three hundred
6  and fifty years. ²⁹ And all the days of Noah
7  were nine hundred and fifty years: and he
8  died.  Genesis 10:1-32 ① Now these are the generations

10  125. of the sons of Noah, Shem, Ham, and Japheth:
11  Insert ¶ #  and unto them were sons born after the flood. ② The
12  sons of Japheth; Gomer, and Magog, and Madai,
13  and Javan, and Tubal, and Meshech, and Tiras.
14  ③ And the sons of Gomer; Ashkenaz, and Riphath,
15  and Togarmah. ④ And the sons of Javan; Elishah,
16  and Tarshish, Kittim, and Dodanim. ⑤ By these were
17  the isles of the Gentiles divided in their lands; every

19  126. one after his tongue, after their families, in their
20  Insert ¶ #  nations. ⑥ And the sons of Ham; Cush, and Mizraim,
21  and Phut, and Canaan. ⑦ And the sons of Cush;
22  Seba, and Havilah, and Sabtah, and Raamah, and
23  Sabtechah: and the sons of Raamah; Sheba, and
24  Dedan. ⑧ And Cush begat Nimrod: he began to be
25  a mighty one in the earth. ⑨ He was a mighty
26  hunter before the LORD: wherefore it is said, Even
27  as Nimrod the mighty hunter before the LORD.

42
Page Number

1  |27. ⁽¹⁰⁾And the beginning of his kingdom was Babel, and
2  Insert ¶ #  Erech, and Accad, and Calneh, in the land of
3  Shinar. ⁽¹¹⁾Out of that land went forth Asshur,
4  and builded Nineveh, and the city Rehoboth, and
5  Calah, ⁽¹²⁾And Resen between Nineveh and Calah:
6  the same is a great city. ⁽¹³⁾And Mizraim begat Ludim,
7  and Anamim, and Lehabim, and Naphtuhim, ⁽¹⁴⁾And
8  Pathrusim, and Casluhim, (out of whom came Philistim,)
9
10  |28. and Caphtorim. ⁽¹⁵⁾And Canaan begat Sidon his
11  Insert ¶ #  first-born, and Heth, ⁽¹⁶⁾And the Jebusite, and the Amorite,
12  and the Girgasite, ⁽¹⁷⁾And the Hivite, and the Arkite,
13  and the Sinite, ⁽¹⁸⁾And the Arvadite, and the Zemarite,
14  and the Hamathite: and afterward were the families of the
15  Canaanites spread abroad. ⁽¹⁹⁾And the border of the Canaanites was
16  from Sidon, as thou comest to Gerar, unto Gaza; as thou goest,
17  unto Sodom, and Gomorrah, and Admah, and Zeboim,
18
19  |29. even unto Lasha. ⁽²⁰⁾These are the sons of Ham, after
20  Insert ¶ #  their families, after their tongues, in their countries, and
21  in their nations. ⁽²¹⁾Unto Shem also, the father of all
22  the children of Eber, the brother of Japheth the elder,
23  even to him were children born. ⁽²²⁾The children of
24  Shem; Elam, and Asshur, and Arphaxad, and Lud, and
25  Aram. ⁽²³⁾And the children of Aram; Uz, and Hul,
26  and Gether, and Mash. ⁽²⁴⁾And Arphaxad begat
27  Salah; and Salah begat Eber. ⁽²⁵⁾And unto Eber were.

43
Page Number

130 . born two sons: the name of one was Peleg; for
Insert ¶ #
in his days was the earth divided; and his brother's
name was Joktan. 26 And Joktan begat Almodad and
Sheleph, and Hazar-maveth, and Jerah, 27 And
Hadoram, and Uzal, and Diklah, 28 And Obal, and
Abimael, and Sheba, 29 And Ophir, and Havilah, and
Jobab: all these were the sons of Joktan. 30 And their
dwelling was from Mesha, as thou goest unto Sephar,

131 . a mount of the east. 31 These are the sons of
Insert ¶ #
Shem, after their families, after their tongues, in their
lands, after their nations. 32 These are the families of
the sons of Noah, after their generations, in their nations:
and by those were the nations divided in the earth after
the flood.

✱✱✱ The Woman, Great Red Dragon, Man Child, Michael, & The Blood of the Lamb ✱✱✱
Revelation 12:1-17 1 And there appeared a great wonder in heaven;

132 . a woman clothed with the sun, and the moon under her feet,
Insert ¶ #
and upon her head a crown of twelve stars: 2 And she being with
child cried, travailing in birth, and pained to be delivered. 3 And
there appeared another wonder in heaven; and behold a great
red dragon, having seven heads and ten horns, and seven
crowns upon his heads. 4 And his tail drew the third part of
the stars of heaven, and did cast them to the earth: and the
dragon stood before the woman which was ready to be delivered,
for to devour her child as soon as it was born. 5 And she brought

44

Page Number

133. forth a man child, who was to rule all nations with

*Insert ¶ #*

a rod of iron: and her child was caught up unto God, and
to his throne. ⑥ And the woman fled into the wilderness,
where she hath a place prepared of God, that they should
feed her there a thousand two hundred and threescore days.
⑦ And there was a war in heaven: Michael and his angels
fought against the dragon; and the dragon fought and his
angels⑧ And prevailed not; neither was their place found any

134. more in heaven. ⑨ And the great dragon was cast out, that

*Insert ¶ #*

old serpent, called the Devil, and Satan, which deceiveth the
whole world: he was cast out into the earth, and his angels
were cast out with him. ⑩ And I heard a loud voice saying in
heaven, Now is come salvation, and strength, and the kingdom
of our God, and the power of his Christ: for the accuser of
our brethren is cast down, which accused them before our
God day and night. ⑪ And they overcame him by the blood

135. of the Lamb, and by the word of their testimony; and

*Insert ¶ #*

they loved not their lives unto death. ⑫ Therefore, rejoice, ye
heavens, and ye that dwell in them. Woe to the inhabiters of
the earth and of the sea! for the devil is come down unto
you, having great wrath, because he knoweth that he hath
but a short time. ⑬ And when the dragon saw that he was
cast unto the earth, he persecuted the woman which brought
forth the man child. ⑭ And to the woman were given two
wings of a great eagle, that she might fly into the wilderness,

45

*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  136 . into her place, where she is nourished for a time, from
*Insert ¶ #*
2  the face of the serpent. ⑮ And the serpent cast out of his
3  mouth water as a flood after the woman, that he might
4  cause her to be carried away of the flood. ⑯ And the earth
5  helped the woman, and the earth opened her mouth, and
6  swallowed up the flood which the dragon cast out of his
7  mouth ⑰ And the dragon was wroth with the woman, and
8  went to make war with the remnant of her seed, which
9
10  137 keep the commandments of God, and have the testimony
*Insert ¶ #*
11  of Jesus Christ. *** Revelation 13:1-18 ***
12 ① And I stood upon the sand of the sea, and saw a beast
13  having seven heads and ten horns, and upon his horns ten
14  crowns, and upon his heads the name of blasphemy.
15  ② And the beast which I saw was like unto a leopard, and
16  his feet were as the feet of a bear, and his mouth as
17  the mouth of a lion: and the dragon gave him his power,
18
19  138. and his seat, and great authority ③ And I saw one of
*Insert ¶ #*
20  
21  his heads as it were wounded to death: and his deadly wound
22  was healed: and all the world wondered after the beast.
23  ④ And they worshiped the dragon which gave power unto
24  the beast: and they worshiped the beast, saying, Who is like
25  unto the beast? who is able to make war with him? ⑤ And there
26  was given unto him a mouth speaking great things and blasphemies;
27  and power was given unto him to continue forty and two
28  months. ⑥ And he opened his mouth in blasphemy against

46
*Page Number*

139. God, to blaspheme his name, and his tabernacle, *Insert ¶ #* and them that dwell in heaven. ⑦ And it was given unto him to make war with the saints, and to overcome them: and power was given him over all kindreds, and tongues, and nations. ⑧ And all that dwell upon the earth shall worship him, whose names are not written in the book of life of the lamb slain from the foundation of the world. ⑨ If any man have an ear, let him hear. ⑩ He that leadeth

140. into captivity shall go into captivity: he that killeth with *Insert ¶ #* the sword must be killed with the sword. Here is the patience and the faith of the saints. ⑪ And I beheld another beast coming up out of the earth; and he had two horns like a lamb, and he spake as a dragon. ⑫ And he exerciseth all the power of the first beast before him, and causeth the earth and them which dwell therein to worship the first beast, whose deadly wound was healed. ⑬ And he doeth

141. great wonders, so that he maketh fire come down *Insert ¶ #* from heaven on the earth in the sight of men. ⑭ And deceiveth them that dwell on the earth by the means of those miracles which he had power to do in the sight of the beast; saying to them that dwell on the earth, that they should make an image to the beast, which had the wound by a sword, and did live. ⑮ And he had power to give life unto the image of the beast, that the image of the beast should both speak, and cause that as many as would not worship the image

47

142. of the beast should be killed. ⑯ And he causeth
all, both small and great, rich and poor, free and bond,
to receive a mark in their right hand, or in the foreheads:
⑰ And that no man might buy or sell, save he that
had the mark, or the name of the beast, or the number
of his name. ⑱ Here is wisdom. Let him that hath under-
standing count the number of the beast: for it is the
number of a man; and his number is six hundred threescore

143. and six. ✳ Let's break down 666 Biblically ✳
✳ Step 1: Count 6 books of the Bible (OLD & NEW TESTAMENT)
Step 2: Go to the 6TH Chapter of Book (OLD & NEW TESTAMENT)
Step 3: Go to the 6TH verse of Book (OLD & NEW TESTAMENT)
✳ Step 1. Book Count: Genesis, Exodus, Leviticus, Numbers, Deuteronomy, Joshua
Step 2 & 3 Combined: Joshua 6:6 - And Joshua the son of NUN called
the priests, and said unto them, Take up the ark of the covenant,
and let seven priests bear seven trumpets of rams' horns before the

144. ark of the LORD. ✳ Step 1 Book Count (New Testament):
Matthew, Mark, Luke, John, ACTS, ROMANS ✳ Step 2 & 3 Combined:
Romans 6:6 - Knowing this, that our old man is crucified with
him, that the body of sin might be destroyed, that henceforth
we should not serve sin. (Add verse 7 to see why they tried
reincarnating the ROMAN EMPIRE but forgot that Jesus blood was on
their hands so instead the summoned dead/ancient demonic spirits)
Romans 6:7 - For he that is dead is freed from sin. ✳ Let's give
a brief explanation of Joshua ✳ Joshua 1:1-6 ① Now after the death

1 | 145 . of Moses the servant of the LORD it came to pass, that the
2 | LORD spake unto Joshua the son of NUN, Moses' minister saying,
3 | ① Moses my servant is dead; now therefore arise, go over this
4 | Jordan, thou, and all this people, unto the land which I do give
5 | to them, even to the children of Israel. ② Every place that the
6 | sole of your foot shall tread upon, that have I given unto you,
7 | as I said unto Moses. ④ From the wilderness and this Lebanon even
8 | unto the great river, the river Euphrates, all the land of the Hittites,

10 | 146 . and unto the Great Sea toward the going down of the sun,
11 | shall be your coast. ③ There shall not any man be able to stand before
12 | thee all the days of thy life: as I was with Moses, so I will be with
13 | thee: I will not fail thee, nor forsake thee. ⑥ Be strong and of a good
14 | courage: for unto this people, shalt thou divide for an inheritance the
15 | land, which I sware unto their fathers to give them. ✳✳✳ NOW
16 | here's the backend which is the perverted way they used
17 | the word to build the beast empire while "ATTEMPTING"
18 | (CAIN)(canaan)

19 | 147 . to Lock Jesus in their system so that they could blackmail
20 | the chosen ones, Jews, Children of Israel in order to steal
21 | the substance of the land that was built by other people's
22 | hands because the beast was cursed. Example: In Beauty and
23 | the Beast, the Beast name is Prince Adam. Prince Adam only
24 | means Cain which was Adams first son who killed Abel
25 | the keeper of the sheep (shepherd) who was Adams second
26 | son. Genesis 4:10-15 (page ____ ) (paraphrased) Cain was cursed from
27 | the earth, when he tilled the ground the earth wouldn't yield her strength (produce)

49
Page Number



JOB

1 148 . and he was a fugitive (escapee or in hiding to avoid being arrested or
2 *Insert ¶ #*
persecuted) and a vagabond (going back and forth) so his system is a system of sorcery &
3 of slavery. Job 1:1-3 ① There was a man in the land of UZ, whose name    UZ=OZ (wizard)
4 was Job: and that man was perfect and upright, and one that feared    Job=JOB (work)
5 God, and eschewed evil. ② And there were born unto him seven sons and    1+3=10 Beast 1
6 three daughters. ③ His substance also was seven thousand sheep, and three    of Revelation 13
7 thousand camels, and five hundred yoke of oxen, and five hundred she
8 asses, and a very great household; so that this man was the greatest    ← G.O.A.T
9    ← Roman
      Catholic
      RICS
10 149 . of all the men of the east. Job 1:7. And the LORD said unto Satan, Whence
11 *Insert ¶ #*
12 Comest thou? Then Satan answered the LORD, and said, From going to and fro    Wandering-
13 in the earth, and from walking up and down in it. Job 1:8- And the LORD said unto    Cain = The
14 Satan, Hast thou considered my servant Job, that there is none like him in the earth,    land of Nod
15 a perfect and upright man, one that feareth God and escheweth evil? Job 1:9- Then
16 Satan answered the LORD, and said, Doth Job fear God for nought? Job 1:11- But put
17 forth thine hand now, and touch all that he hath, and he will curse thee    ← Matthew
18 to thy face. Job 1:12- And the LORD said unto Satan, Behold, all that he hath    6:24-
      No man can
      serve two
19 150 (Satan)    masters: for
    . is in thy power, only upon himself put not forth thine hand. So Satan went    either he will
20 *Insert ¶ #*    hate the one,
21 forth from the presence of the LORD. Job 1:15- And the Sabeans fell upon them, and    and love the
22 took them away; yea, they have slain the servants with the edge of the sword;    other, or else
      he will hold
23 and I only am escaped alone to tell thee. Job 1:16- While he was yet speaking    to the one, and
24 there came also another, and said, The fire of God is fallen from heaven, and    despise the
25 hath burned up the sheep, and the servants, and consumed them; and I    other. Ye cannot
      serve God and
26 only am escaped alone to tell thee. Job 1:17- While he was yet speaking    mammon!
27 there came also another, and said, The Chaldeans made out three bands    *The World is
28 and fell upon the camels, and have carried them away, yea, and slain the servants    under Satanic
    with the edge of the sword; and I only am escaped alone to tell thee.    System! Their
      Job places the
    55    mark of the
      beast on them
      and their money
      does too 911!
✱ Repent & Exit Money/Beast/Job/Social System! It was a    get out of the
   QUICKLY!                                        Set Up!!    System Now

## IV. STATEMENT OF FACTS

(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)

151 . Job 1:18- While he was yet speaking, there came also another, and *Insert ¶ #* said, Thy sons and thy daughters were eating, and drinking wine in their eldest brother's house: Job 1:19- And, behold, there came a great wind from the wilderness, and smote the four corners of the house, and it fell upon the young men, and they are dead; and I only am escaped alone to tell thee. Job 1:20-22 (20) Then Job arose, and rent his mantle, and shaved his head, and

152 . fell down upon the ground, and worshiped. (21) And said, *Insert ¶ #* Naked came I out of my mother's womb, and naked shall I return thither: the LORD gave, and the LORD hath taken away; blessed be the name of the LORD. (22) In all this Job sinned not, nor charged God foolishly. Job 2:3- And the LORD said unto Satan, Hast thou considered my servant Job, that there is none like him in the earth, a perfect and an

153 . upright man, one that feareth God, and escheweth evil? *Insert ¶ #* and still he holdeth fast his integrity, although thou movedst me against him, to destroy him without cause. Job 2:4 - And Satan answered the LORD, and said, Skin for skin, yea, all that a man hath will he give for his life. Job 2:5- But put forth thine hand now, and touch his bone and his flesh, and he will curse thee to thy face. Job 3:1-11 (1)After this opened Job his mouth, and cursed his day. (2)And Job spake, and said, (3)Let the day perish wherein I was born, and the

51
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    134   . night in which it was said, There is a man child conceived.
       *Insert ¶ #*
2    ④Let that day be darkness; let not God regard it from above,
3    neither let the light shine upon it. ⑤Let darkness and the
4    shadow of death stain it; let a cloud dwell upon it; let the
5    blackness of the day terrify it. ⑥As for that night, let
6    darkness seize upon it; let it not be joined unto the days
7    of the year, let it not be joined unto the days of the year;
8    let it not come into the number of the months. ⑦Lo, let
9

10    155   that night be solitary; let no joyful voice come therein.
       *Insert ¶ #*
11    ⑧Let them curse it that curse the day, who are ready to
12    raise up their mourning. ⑨Let the stars of the twilight
13    thereof be dark; let it look for light, but have none; neither
14    let it see the dawning of the day. ⑩Because it shut not up
15    the doors of my mother's womb, nor hid sorrow from mine
16    eyes. ⑪Why died I not from the womb? Why did I not give
17    up the ghost when I came out of the belly? Job 6:6-9
18

19    166   ⑥Can that which is unsavory be eaten without salt? Or is
       *Insert ¶ #*
20
21    there any taste in the white of an egg? ⑦The things that my soul
22    refused to touch are as my sorrowful meat. ⑧Oh that I might
23    have my request; and that God would grant me the thing
24    that I long for! ⑨ Even that it would please God to destroy
25    me; that he would let loose his hand, and cut me off!
26    ✱Breakdown of JOB which is the medium of the system (beast) ✱
27    The word JOB is the name of a man/book in the Bible
28    (old testament) and the word JOB is also defined as: the

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  167 principal activity in your life that you do to earn money,
2  Insert ¶ #  a specific piece of work required to be done as a duty or for
3  a specific fee. a state of difficulty that needs to be resolved
4  a program application that may consist of several steps but
5  is a single logical unit. a crime(especially a robbery). profit
6  privately from public office or official business. ✳ This is what
7  is the beginning of their sorcery which is crossing words
8  in order to give it a different meaning. Also using phonics
9
10  168 . in order to confuse a person who doesn't understand
11  Insert ¶ #  different languages, etc. Prime Example: Caesars world is
12  all about PROFITs which is money but Christ's world is all
13  about PROPHETS which is the mouthpiece of God being used
14  through a human being to declare and decree. Both words
15  sound the same but mean the total opposite ✳ Now,
16  the word Medium is defined as An intervening substance
17  through which signals can travel as a means for communication
18
19  169. Someone who serves as an intermediary between the
20  Insert ¶ #  living and the dead transmissions that are disseminated
21  widely to the public. a substance in which specimens are
22  preserved or displayed. Job 1:1 the land of UZ symbolize the
23  land of OZ from the Wizard of OZ | The definition of Oz is also
24  ounce which (crossword example: Witch) is a unit of weight in
25  the US customary system and imperial system of measurement
26  (an Ancient Roman). Job 1:2-3 the 7 sons + 3 daughters only
27  represent Revelation 13 the First beast which is the Gentile
28

1  160 . nations (Revelation 13:1) - And I stood upon the sand of the sea,
   Insert ¶ #
2  and saw a beast rise up out of the sea, having seven heads
3  and ten horns, and upon his horns ten crowns, and upon his
4  heads the name of blasphemy.) *Blasphemy = blasphemsies
5  behavior; the act of depriving something of its sacred character. *
6  Job 1:3 - His substance also was seven thousand sheep, and three thousand
7  camels, and five hundred yoke of oxen, and five hundred she asses,
8  and a very great household; so that this man was the greatest of
9
10  161 . all the men of the east. *This verse can symbolize sheep
    Insert ¶ #
11  as being cotton for clothing, camels is a form of cigarettes,
12  yoke of oxen can represent a slave system based upon an
13  animalistic system (beast system), she asses symbolizes the
14  females' ass especially African Americans because an ass
15  is just a donkey that is a domesticated equine (crossword Earth Queen)
16  which is derived from the African wild ass (Equus Africanus) this
17  is only a description of the (chariot system) Revelation 17:5-9
18
19  162 ⑤ And upon her forehead was a name written, MYSTERY, BABYLON
    Insert ¶ #
20
21  THE GREAT, THE MOTHER OF HARLOTS AND ABOMINATIONS OF THE
22  EARTH. ⑥ And I saw the woman drunken with the blood of the
23  saints, and with the blood of the martyrs of JESUS: and when
24  I saw her, I wondered with great admiration. ⑦ And the angel
25  said unto me, Wherefore didst thou marvel? I will tell thee the
26  mystery of the woman, and of the beast that carrieth her,
27  which hath the seven heads and ten horns. ⑧ The beast that
28  thou sawest was, and is not; and shall ascend out of the

163. bottomless pit, and go into perdition: and they that
*Insert ¶ #*
dwell on the earth shall wonder whose names were not
written in the book of life from the foundation of the world,
when they behold the beast that was, and is not, and
yet is. And here is the mind which hath wisdom. The seven
heads are seven mountains on which the woman sitteth.
Greatest of all the men of the east is where they got the
acronym G.O.A.T which means Greatest of All Time!

164. let me also add that camel is also a representation
*Insert ¶ #*
of Egypt. The word substance is defined as "the subject matter
of a text, speech, or work of art, especially as contrasted with
the form or style in which it is presented," "wealth and
possessions," it also can mean "an intoxicating, stimulating,
or narcotic chemical or drug, especially an illegal one."
If you break substance down in two words you get
Sub meaning submarine or to act as a substitute for

165. someone. + stance. meaning the way in which someone
*Insert ¶ #*
stands, especially when deliberately adopted (as in baseball, golf,
and other sports); a person's posture. East can represent the
Eastern Rite Catholic Church/Oriental Catholic Church.
Job 1:7 - And the LORD said unto Satan, Whence cometh thou? Then Satan
answered the LORD, and said, From going to and fro in the earth, and
from walking up and down in it (# gang to and fro is a form of
wandering which is the definition of a vagabond and is exactly
what God called Cain after he killed Abel). Wandering is also

161. a representation of the Land of Nod which means that
*Insert ¶ #*
LORD in this scenario is the King which makes the King the
real beast and the church (catholic) is the whore that
caused a lot of kings to fall (Revelation 17: 10 And there
are seven kings five are fallen, and one is, and the other
is not yet come; and when he cometh, he must continue
a short space.) The King that has a short space is King
Charles III because is reign is not that long due to

162. his age, the days we're in which is Armageddon,
*Insert ¶ #*
and the truth being Revealed. Job 1:11 But put forth thine
hand now, and touch all that he hath, and he will curse thee
to thy face. Job 1:12 And the LORD said unto Satan, Behold,
all that he hath is in thy power; only upon himself put not
forth thine hand. Matthew 6:24 No man can serve two masters:
for either he will hate the one, and love the other; or else he will
hold to the one, and despise the other. Ye cannot serve God

163. and mammon. Romans 4:4-5 Now to him that worketh
*Insert ¶ #*
is the reward not reckoned of grace, but of debt. 5 But to
him that worketh not, but believeth on him that justifieth
the ungodly, his faith is counted for righteousness. * THE
SET UP OF THE BEAST SYSTEM * Capitalism was created
by Adam Smith who was born in Kirkcaldy, Fife,
Scotland. The first form of bank note was developed
in China during the Tang and Song dynasties, starting
in the 7th century. Its roots were in merchant receipts

56

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  169. of deposit during the Tang dynasty (618-907).
   *Insert ¶ #*
2  During the Yuan dynasty (1271-1368), banknotes were
3  adopted by the Mongol Empire. In Europe, the concept
4  of banknotes was first introduced during the 13th century
5  by travelers such as Marco Polo with European banknotes
6  appearing in 1661 in Sweden. True paper money, called
7  jiaozi" were developed as promissory notes by the 11th
8  century, during the Song dynasty. In 1661 the first
9
10  170. banknotes were created in Europe by Johan Palmstruch
    *Insert ¶ #*
11  the founder of Stockholms Banco which was Sweden's
12  first bank until it was liquidated in 1667. However, it
13  served as the precursor to the central bank of Sweden
14  that was founded in 1668 as Riksens Standers Bank
15  until it was renamed in 1866 as Sveriges Riksbank which
16  is the world's oldest surviving central bank. Also, the
17  banknote of the one hundred daler issued by Stockholms
    $100
18
19  171. Banco and signed by Johan Palmstruch in 1666 (the
    *Insert ¶ #*
20
21  mark of the beast in number form). ✳ Communism
22  was created by Karl Marxism who was born in Trier,
23  Rhine Province, Prussia Germany. Marxism was also created
24  by Friedrich Engels who was born in Barmen, Julich-Cleves Berg
25  Kingdom of Prussia which is now Wuppertal, Germany.
26  Marxism is a method of socioeconomic analysis that
27  uses a materialist interpretation of historical development,
28  better known as historical materialism, to understand class

172. relations and social conflict and a dialectical perspective
*Insert ¶ #* to view social transformation, so basically, to sum up the beast system it was derived from the book of Job. Job was tested by Satan to see if he lost everything would he curse God. Satan had the ability to do whatever he wanted to Job except kill him. Satan was able to disconnect Job from every type of human support, progress, or success that he had just to see if Job would curse God to his

173. face. The social system is a reflection of Communism
*Insert ¶ #* which is when somebody else has control over another persons possessions, it also goes hand and hand with the social systems behind human relationships and behaviors, then it is combined with capitalism which actually consist of the progress and success of humans. People use their progress and successes to help build their confidence which then gives them a sense of pride about themselves.

174. So Jobs' story was the perfect story to make a
*Insert ¶ #* system for humanity when it came to their means of providing, self confidence, and a sense of power that can be obtained while they're progressing on their job. Based upon this brief description of how they crossed words to deceive the people you should have a better understanding on why its so important for us to be a free people versus us being a slave because people enjoy their fun that only is tempory. In Matthew 6:24

59
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

175. God made it specific that nobody could serve
*Insert ¶ #* two masters: for either he will hate the one,
and love the other; or else he will hold to
the one, and despise the other Ye cannot serve
God and mammon. Romans 4:4-5 ⑤ Now to him
that worketh is the reward not reicogned of grace,
but of debt ✱ Matthew 6:24 and Romans 4:4-5
both speak about money/reward however in Matthew

176. God has given you a choice then in Romans the
*Insert ¶ #* word tells you that the reward isn't grace however
it leds you into debt. Right there reality sinks
in letting you know that you lose more than you've
gained. ✱✱✱ This right here explains how they
set up America and also why America is still
in debt while the Americans suffer for something
they didn't put themselves in. Right now the

177. People are caught in the shackles of Americas
*Insert ¶ #* debt to China for a debt that the people didn't
do but what makes it even more wrong is the fact
that China could have just helped America when
they bankrupt but instead people of those times
strategized a system that would be able to pay
back the debt yet the debt isn't paid off. Now, I
must also say that the marriage of the Lamb is
at hand in this time however, this was what

178. I call a battle due to the tricks, traps, and schemes
*Insert ¶ #* of the enemy. See, the system that is being used
all across the world is an artificial way to force
slavery upon people, while making them believe that
they are free. Right now, people are striving for
the "one world order" however the deception
behind the one world order is that humans are
losing their God giving rights of humanity to

179. their own creation which they don't exercise
*Insert ¶ #* full control over especially when there's so much
corruption going on and technology is bypassing
the human brains. People have forgotten what
it means to Live, Love, and Laugh because our lives
have been being controlled by people in high places
who have evil motives. We must stop being so
naive to the traps of the enemy who does not

180. like Humanity whatsoever. In Heaven, Satan
*Insert ¶ #* caused some of the angels to be cast out with him,
in the garden of Eden he caused Adam & Eve to
be cast out the garden, and now he's at the
nations causing kings, queens, and others to
fall by keeping division between humanity as
he divides and conquers. We must open our eyes,
put pride aside, forgive one another, and put
Jesus back on the Throne because Truth be told

60
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

181. Satan has everybody fighting over who was first, whose religion is real, etc what the people are failing to realize is that the battle isn't about none of the things he's using as cover ups to have you on his team. I say that because it's proveable ① All the appetites that people have, that are against God comes from Satan not Eve. Adam was given power over Satan that's why

182. he chose to speak to Eve because she was still innocent, naive, and the enemy knew she was the only way he would have another chance to attempt to make his name bigger than Gods. The devil was here before humans so he knew more just like AI because he understood that humans have a limited brain capacity and he also knew that they would be curious about the world around them. He also knew

183. that there are only two Spirits that can influence the people and that's either the HolyGhost (the prophecy of Jesus) or Satan (the prince of air who lets you do whatever you want and serve whoever you want as long as he has control over you which only leads to destruction). Jesus came so that we can have life in abundance, however the rebellion of humanity has placed us in worldwide dispair, darkness, anger, anxiety, etc. Satan only comes

61
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

184. to steal, kill and destroy which makes him
Insert ¶ #
feel good because He hates Himself. He hates All
Gods Creation, & HE really hates Jesus for being
chosen. So, with All this being said the beast
system is a system of demonic mind control,
turmoil, Envy, Hatred, etc. as if Hell is on earth.
Also, the beast system is forced Satanic worship
due to the weapons he used to cause people

185. to believe a certain way which is only Indoctrination.
Insert ¶ #
He has forced the world to live backwards by using
the Heaven and Earth that was created by God for
humans to freely possess, be, fruitful, and multiply.
He has done so by Cain building a city (fast forward)
then God flooded the whole earth however he saved
Noah and his family and Noahs' Sons' wives plus
two Cattle of every kind including fowls. After Noah

186. came out the ark, God told his family to be.
Insert ¶ #
fruitful and multiply in which they did. Then one
of Noahs' sons' named Ham saw his dad
naked which caused God to curse, Hams' son
Cannan. However through Noahs' other son Shems'
bloodline came, Jesus. So the world is backwards
because the cursed ones have been stealing and
making money off of Jesus while denouncing
Him at the same time. The cursed ones have,

62
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

187. been living like they're the chosen ones as they
Insert ¶ #
have profitted off the chosen ones and portrayed
to the entire world as if the chosen ones were
the cursed ones by placing labels of lies on the
names of the chosen ones. Prime example JOB
is a book in the bible about a wealthy God fearing man.
The world took the name of JOB and made it a label
for work which is job. Many people have made

188. a very good living off of whatever job or career
Insert ¶ #
they have. So here's the serpent's seed Cain who kills
Abel and they are hiding behind their jobs. Here are
some job titles to prove my point ① Doctors (the first
surgery was when God put Adam in a trance, opened
his side, took out his rib, and made Eve). ② Police Officers
(in Genesis 2:15: And the LORD God took the man, and put him
into the garden of Eden to dress and to keep it * Hebrew Definitions:

189. ① Dress → H5647 → ȧbad → to serve ② Keep → H8104 → Shámar →
Insert ¶ #
to protect (law enforcement slogan is To Protect and to Serve). 
③ Teaching (in Genesis 1:2 - And the earth was without form, and
void; and darkness was upon the face of the deep. And the
Spirit of God moved upon the face of the waters) * Now,
let's break this down in Hebrew: Form → H8414 → tshũw = empty
place, without form, adverbially. * Adverbial means a word or
group of words playing the grammatical role of an adverb.
* Grammar means: the study of the way the sentences