NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Victoria T. Dillihunt
12035 S. Broadway #K
Los Angeles CA, 90061

ATTORNEY(S) FOR:

**FILED**
CLERK, U.S. DISTRICT COURT

1/20/24

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____ eee _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Victoria Tenisha Dillihunt

Plaintiff(s),

v.

**Anthony Anderson, Muhammad Ali Jr,etc**

Defendant(s)

CASE NUMBER:

**2:24-CV-00551-FMO-MAR**

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Victoria T. Dillihunt
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1) **Anthony Anderson** | 1) Defendant |
| 2) **Muhammad Ali Jr** | 2) Defendant |
| 3) **Albuquerque International Support** | 3) Defendant |
| 4) **Southwest Airlines** | 4) Defendant |
| etc | etc. |

**01/20/2024**

Date

Signature

Attorney of record for (or name of party appearing in pro per):

CV-30 (05/13)

NOTICE OF INTERESTED PARTIES